RECEIVED
JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

Stanley Brzozowski

v.

**Defendant(s)**

Singh, Satjit Star #12930

08cv677
JUDGE KOCORAS
MAG. JUDGE ASHMAN

**COMPLAINT**

On June 13th 2006. This officer pulled my son over. Who was driving my 1991 GMC Truck. They were looking for me.

He was in the Shell gas-station pumping-gas when he started questioning my son about me. My son didn't know anything they were asking about me. Next thing I knew they confiscated my vechile. I have no-idea till today what has-happened to my Vechile.

Stanley Brzozowski
1-31-08