MHN 1

08cv677
JUDGE KOCORAS
MAG. JUDGE ASHMAN

J.N

**FILED**
JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
### DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Stanley Brzozowski
(Please print)

STREET ADDRESS: 2632 N. Thatcher

CITY/STATE/ZIP: River Grove Ill 60171

PHONE NUMBER: (708) 372-9680

CASE NUMBER: _____

_Stanley Brzozowski_  1-31-08