RECEIVED
JAN 3 1 2008
1-31-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Plaintiff(s)**

Stanley Brzozowski

v.

08cv677
JUDGE KOCORAS
MAG. JUDGE ASHMAN

**Defendant(s)**

Singh, Satjit Star #12930

## COMPLAINT

On June 13th 2006. This officer pulled my son over. who was driving my 1991 Gmc Truck. They were looking for me.

He was in the Shell gas-station pumping gas when he started questions my son about me. My son didn't know anything they were asking about me. Next thing I knew they confiscated my vechile. I have no idea till today what has happened to my Vechile.

*Stanley Brzozowski*
1-31-08