**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Stanley Brzozowski
                      Plaintiff,

v.                                              Case No.: 1:08−cv−00677
                                                         Honorable Charles P. Kocoras

Satjit Singh
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Status hearing held on 4/15/2008. Plaintiff fails to appear at said status hearing. Plaintiff arrives after court has concluded. Status hearing set for 4/16/2008 at 9:30 a.m. Plaintiff notified orally and mailed notices.(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.