## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 677 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Brzozowski vs. Singh | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/16/2008. As discussed in open court, plaintiff's complaint is dismissed without prejudice and with leave to file an amended complaint within 30 days, or by 5/16/2008, alleging federal subject matter jurisdiction. Status hearing set for 6/3/2008 at 9:30 a.m.

Docketing to mail notices.

00:40

| | Courtroom Deputy Initials: | SCT |
|---|---|---|