MHW

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

RECEIVED
5-23-2008
MAY 2 3 2008   TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s)

Stanley Brzozowski,

v.

Singh, Satjit Star # 12930

Defendant(s)

Case No. 08 C 677

Judge Kocoras

### Amended Complaint

On June 13th 2006. The following officer named-above, pulled My Son Stanley over. My Son was driving My 1991 GMC-Truck. My Son was in the Shell-Gas-Station pumping gas. When the Above Police-officer, started Questions My Son About Me. Stanley Brzozowski Sr. My Son Didn't know Anything they were Questing him About ~~Myself~~ Me They confiscated my 1991 GMC-Truck. My truck was never returned to Me. I have no idea till today where my Truck is. I had until 5/16/08 to file A Amended Complaint. I was never notified. I would like this case to be brought back up.

Stanley Brzozowski
5-23-08