**FILED**

**MAY 23, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAU

**RECEIVED**
5-23-2008
MAY 2 3 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s)

Stanley Brzozowski,

v.

Singh, Satsit  Star# 12930

Defendant(s)

Case No. 08 C 677

Judge Kocoras

## Amended Complaint

ON June 13th 2006. The following officer named-above, Pulled My Son Stanley over. My son was driving My 1991 GMC-Truck. My Son was in the Shell-Gas-station Pumping gas. WHEN the Above Police-officer, Started Questions My Son About ME. Stanley Brzozowski Sr. My Son Didn't Know Anything they WERE Questing him About ~~MysElf~~ ME They confiscated my 1991 GMC-Truck. My truck was never returned to ME. I have no idea till today where My TRUCK IS. I hAd until 5/16/08 TO File A Amended Complaint. I was never notified. I would like this CASE to BE Brought BACK up.

Stanley Brzozowski

5-23-08