IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| STANLEY BROZOZWSKI, | ) | | |
| | ) | | |
| | ) | **No. 08 C 677** | |
| Plaintiffs, | ) | | |
| | ) | | |
| v. | ) | JUDGE KOCORAS | |
| | ) | | |
| SATJIT SINGH, | ) | Magistrate Judge ASHMAN | |
| | ) | | |
| | ) | | |
| | ) | Jury Demand | |
| Defendant. | ) | | |

## DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

1. On June 13, 2006. The following officer named-above [*sic*]. Pulled my son Stanley over.

    **ANSWER:  Defendant admits the allegations set forth in the above paragraph.**

2. My son was driving my 1991 GMC truck.

    **ANSWER:  Defendant admits that Stanley Brzozowski was driving a 1991 GMC truck at the time he was pulled over.**

3. My son was in the Shell-gas-station [*sic*] pumping gas. [*sic*] When the above Police-Officer [*sic*] Started questioning my son about me. [*sic*] Stanley Brzozowski Sr.

    **ANSWER:  Defendant denies the allegations set forth in the above paragraph.**

4. My son didn't know anything they were questioning him about me.

    **ANSWER: Defendant denies questioning Stanley Brzozowski Jr. about his father Stanley Brzozowski.  Defendant lacks sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations set forth in the above paragraph.**

5. They confiscated my 1991 GMC-truck.

    **ANSWER:  Defendant admits that the 1991 GMC truck was seized and impounded.**

6. My truck was never returned to me.

   **ANSWER: Upon information and belief, Defendant states that he believes that the 1991 GMC truck was never returned to its owners of record.**

7. I have no idea till today where my truck is.

   **ANSWER: Defendants lack sufficient knowledge or information to form a belief as to the truth or falsity of the allegations set forth in the above paragraph.**

**WHEREFORE**, the City prays that this Court enter judgment in its favor on Plaintiff's Complaint, award the Defendant costs and fees as allowed by law, and grant such further relief as this Court deems just and proper.

## AFFIRMATIVE DEFENSES

1. The Defendant is entitled to qualified immunity. The Defendant is a governmental official, namely police officers, who perform discretionary functions. At all times material to the events alleged in Plaintiff's Complaint, a reasonable police officer objectively viewing the facts and circumstances that confronted the Defendant could have believed his actions to be lawful, in light of clearly established law and the information the Defendant possessed. *Saucier v. Katz,* 533 U.S. 194, 201 (2001).

2. To the extent any employee or agent of the City was acting within the scope of his or her employment, that employee or agent is not liable for his or her acts or omissions in the execution or enforcement of the law, unless such act or omission constitutes willful and wanton conduct. 745 ILCS 10/2-202 (2006).

3. To the extent any damages claimed by Plaintiff were proximately caused, in whole or in part, by the negligent, willful, wanton and/or other wrongful conduct on the part of the plaintiff, any verdict or judgment obtained by plaintiff must be reduced by application of the principles of comparative fault, by an amount commensurate with the degree of fault attributed to plaintiff by the jury in this cause.

## JURY DEMAND

**Defendant demands a trial by jury.**

Respectfully submitted,

/s/ Le'Ora Tyree_____

Le'Ora Tyree
Assistant Corporation Counsel
Attorney for Individual Defendants

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-1056 (Phone)
(312) 744-6566 (Fax)


## CERTIFICATE OF SERVICE

I, Le'Ora Tyree, an attorney, hereby certify that on August 6, 2008, I caused Defendant's Answer to Plaintiff's amended complaint to be served upon all parties of record by filing the same before the Court via the ECF system.

/s/ Le'Ora Tyree
Le'Ora Tyree