IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY BROZOZWSKI, | ) | |
| | ) | |
| | ) | No. 08 C 677 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGE KOCORAS |
| | ) | |
| SATJIT SINGH, | ) | Magistrate Judge ASHMAN |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S AMENDED COMPLAINT.**

I hereby certify that I have served this the attached document by electronic means to the person named above on the 6th day of August, 2008 and this notice on this 8th day of August 2008.

**DATED** at Chicago, Illinois this 8th day of August, 2008.

LE'ORA TYREE
ASSISTANT CORPORATION COUNSEL

 **/s/** *Le'Ora Tyree*
LE'ORA TYREE
Assistant Corporation Counsel
 30 N. LaSalle Street, Suite 1020

 Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6288669

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **NOTICE OF FILING AND CERTIFICATE OF SERVICE** to be served electronically upon represented parties via the CM/ECF electronic filing system this 8th day of August, 2008.

**/s/** *Le'Ora Tyree*
LE'ORA TYREE