IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY BRZOZOWSKI, | ) | |
| | ) | |
| | ) | No. 08 C 677 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE KOCORAS |
| | ) | |
| SATJIT SINGH, | ) | Magistrate Judge ASHMAN |
| | ) | |
| Defendant. | ) | **Jury Demanded** |

**AGREED DEFENDANT'S MOTION TO FILE *INSTANTER*
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, Officer Sanjit Singh, by his attorney, Le'Ora Tyree, Corporation Counsel, moves this Court under Federal Rule of Civil Procedure 6(b) to allow it to file *instanter* his Motion for Summary Judgement and all supporting documents. In support of this motion, the City states:

1. Due to my supervising attorney's trial schedule, she was unable to review this Motion for Summary Judgement and return it to me by the filing date specified by this court. Defendant is now prepared to file his Motion for Summary Judgement and all supporting evidence. See Exhibit 1.

2. I have spoken with Plaintiff and he has agreed to this motion.

For these reasons, the Defendant requests that the Court grant the his motion to file *instanter* his Motion for Summary Judgement.

Respectfully submitted,

Dated: September 8, 2008

*s/ Le'Ora Tyree*
Le'Ora Tyree
Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-1056

## CERTIFICATE OF SERVICE

I, Le'Ora Tyree, an attorney, hereby certify that I have caused true and correct copies of the above and foregoing **AGREED DEFENDANT'S MOTION TO FILE *INSTANTER* DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, to be sent via U.S. Mail this 8th day of September 2008:

Stanley Brzozowski
2632 N. Thatcher
River Grove, IL 60171
(Via U.S. Mail)

                                                              By:     /s/ *Le'Ora Tyree*
                                                                     LE'ORA TYREE
                                                                     Assistant Corporation Counsel

30 North LaSalle, Ste. 1020
Chicago, Illinois 60602
(312) 744-1056