# Exhibit 1

# *Brzozowski v. Singh*
# *08-677*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STANLEY BRZOZOWSKI, | ) | |
| | ) | |
| | ) | **No. 08 C 677** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE KOCORAS |
| | ) | |
| SATJIT SINGH, | ) | Magistrate Judge ASHMAN |
| | ) | |
| Defendant. | ) | **Jury Demanded** |

<u>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**</u>

Defendant, Officer Satjit Singh, moves pursuant to Federal Rule of Civil Procedure 56, for summary judgment in Defendant's favor. In support of this motion, Defendant states as follows:

1.  Plaintiff alleges that on June 6, 2006, his vehicle was impounded by defendant, Chicago Police Officer Satjit Singh. <u>See</u> Docket 12 (or Defendant's Statement of Facts ¶ 7).

2.  Plaintiff's son, Stanley Jr. Was in control and possession of the Plaintiff's vehicle at the time it was impounded. Defendant's Statement of Facts ¶¶ 3 and 8.

3.  On August 23, 2006, Plaintiff's vehicle was destroyed because Plaintiff did not appear at any administrative hearing regarding its impoundment and recovery. Defendant's Statement of Facts ¶¶ 14 and 15.

4.  Plaintiff had sufficient state court post-deprivation remedies to pursue any claim for the destroyed vehicle and summary judgment must be entered in defendant's favor.

5.  Plaintiff's amended complaint does not allege any facts to state a claim for a violation of any of his constitutional rights, including any due process right.

2

6.  Even if Plaintiff's amended complaint were liberally construed to plead a due process violation claim, summary judgment must be entered in Defendant's favor because Plaintiff was provided with sufficient notice to attend impoundment hearings to recover his vehicle and, therefore, there was no violation of plaintiff's due process rights.

Respectfully submitted,

/s/ Le'Ora Tyree
Le'Ora Tyree
Assistant Corporation Counsel
Attorney for the Defendant

30 N. LaSalle, Ste. 1020
Chicago, IL 60602
(312)744-1056

## CERTIFICATE OF SERVICE

I, Le'Ora Tyree, an attorney, hereby certify that I have caused true and correct copies of the above and foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, to be sent via U.S. Mail this 8th day of September 2008:

Stanley Brzozowski
2632 N. Thatcher
River Grove, IL 60171
(Via U.S. Mail)

By:    /s/ Le'Ora Tyree
LE'ORA TYREE
Assistant Corporation Counsel

30 North LaSalle, Ste. 1020
Chicago, Illinois 60602
(312) 744-1056

3