IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY BRZOZOWSKI, | ) | |
| | ) | |
| | ) | **No. 08 C 677** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE KOCORAS |
| | ) | |
| SATJIT SINGH, | ) | Magistrate Judge ASHMAN |
| | ) | |
| Defendant. | ) | **Jury Demanded** |

**DEFENDANT'S LOCAL RULE 56.1(a) STATEMENT OF UNDISPUTED
FACTS IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT**

Defendant, Officer Satjit Singh, by his attorney, Le'Ora Tyree, Assistant Corporation Counsel, pursuant to Local Rule 56.1(a), hereby submits the following Statement of Undisputed Facts in Support of his Motion for Summary Judgment.[1]

**PARTIES**

1. At all relevant times herein mentioned, Plaintiff Stanley and Camy Brzozowski were the owners of a red 1991 GMC Jimmy truck.

2. At all relevant times herein mentioned, Officer Satjit Singh, was employed and on duty as a Patrol Officer employed by the City of Chicago, a municipal corporation duly incorporated under the laws of the State of Illinois. At all relevant times herein, Officer Singh operated under the color of law and within the scope of his employment.

**UNCONTESTED FACTS**

3. On June 6, 2006, at all relevant times herein mentioned, Stanley Brzozowski Jr. ("Stanley Jr."), Plaintiff's son, was driving the 1991 GMC Jimmy truck. See Exhibit A, Plaintiff's Amended Complaint ; Exhibit B, Affidavit of Officer Sanjit Singh.

4. On June 6, 2006, at all relevant times herein mentioned, Katherine Mazur was the only passenger in the 1991 GMC Jimmy truck. See Exhibit B.

---

[1] These facts are asserted as uncontested for the purposes of Defendant's motion for summary judgment only.

5.      On June 6, 2006, Officer Singh conducted a traffic stop on the 1991 GMC Jimmy truck that was being driven by Stanley Jr. Id.

6.      During the traffic stop, Officer Singh saw that Katherine Mazur was in possession of heroin while she was a passenger in the 1991 GMC Jimmy truck. Id.

7.      Officer Singh immediately confiscated the suspect heroin from Ms. Mazur and place her under arrest for possession of a controlled substance. Id.

8.      Officer Singh then issued Stanley Jr. two tickets and had the vehicle impounded pursuant to the Chicago Municipal Code. Id.

9.      Officer Singh then advised Stanley Jr. that he could request a hearing to dispute the tickets and arranged for the towing of the 1991 GMC Jimmy truck to be towed to a City pound. See Exhibit B, Affidavit of Officer Singh. Id.

10.     Officer Singh then completed a Vehicle Tow Report and Notice of Impoundment. He then gave the "Hot Desk" a copy of the Vehicle Tow Report, Notice of Impoundment, and the Vice Case Report of Katherine Mazur. Id.

11.     The Department of Streets and Sanitation received Officer Singh's Vehicle Tow Report, Notice of Impoundment, and the Vice Case Report of Katherine Mazur on June 6, 2006. On that same date, they conducted a multi-state search for the owners of the vehicle. On June 7, 2006, they conducted a state-wide search for the owners of the vehicle, which named Camy Brzozowski and Stanley Brzozowski as the vehicle's owners. See Exhibit C.

12.     On June 8, 2006, the Department of Streets and Sanitation, sent letters to Camy Brzozowski and Stanley Brzozowski at 2250 N. Landen, Northlake, IL, 60164, informing them that their vehicle was impounded and that they could request a hearing. Id.

13.     On June 8, 2006, the Department records show that Camy Brzozowski requested a hearing. A hearing was scheduled for July 6, 2006 at 2:00, and Stanley Brzozowski was mailed a notice informing him of the hearing. Id.

14.     On July 6, 2006, a hearing was held regarding the tow of the 1991 GMC Jimmy truck, but Plaintiff and/or anyone who had an interest in the vehicle failed to attend. Thus, a default judgment was entered and a notice as sent to the vehicle owners. Id.

15.     The 1991 GMC Jimmy truck was destroyed on August 23, 2006. Id.

                Respectfully submitted,

                */s/ Le'Ora Tyree*
                Le'Ora Tyree
                Assistant Corporation Counsel
                Attorney of the Defendant

30 N. LaSalle Street
Suite 1400
Chicago, IL 60602
(312) 744-1056