# EXHIBIT
# A

*Brzozowski v. Sitjit Singh*
*08 cv 677*

**FILED** Case 1:08-cv-00677    Document 12    Filed 05/23/2008    Page 1 of 1    MAW

**MAY 23, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**RECEIVED**
5-23-2008
MAY 23 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Plaintiff(s)

Stanley Brzozowski,

v.

Singh, SaTJiT Star # 12930

Defendant(s)

Case No. 08 C 677

Judge Kocoras

<u>Amended Complaint</u>

ON JuNE 13th 2006. The Following officer named-Above. Pulled My Son Stanley over. My Son was driving My 1991 GMC-TRuck. My Son was in the Shell- Gas-station pumping gas. WHEN the Above Police-officer, started Questiong My Son About ME. Stanley Brzozowski Sr. My Son Didn't Know Anything they WERE Questing him About My ~~Self~~ ME. They confiscated my 1991 GMC-TRuck. My truck was never returned to ME. I have no idea till today where my TRuck is. I had until 5/16/08 TO File A Amended Complaint. I was never notified. I would like this CASE to BE Brought BACK up.

Stanley Brzozowski

5-23-08

**EXHIBIT**
A

# EXHIBIT B

*Brzozowski v. Sitjit Singh*
*08 cv 677*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY BRZOZOWSKI, | ) | |
| | ) | |
| | ) | No. 08 C 677 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE KOCORAS |
| | ) | |
| SATJIT SINGH, | ) | Magistrate Judge ASHMAN |
| | ) | |
| Defendant. | ) | **Jury Demanded** |

### AFFIDAVIT OF SATJIT SINGH

I, Satjit Singh, am first duly sworn on oath, state as follows:

1. I am employed as a Patrol Officer with the Chicago Police Department, and was so employed on June 6, 2006. On said date, I initiated a traffic stop on a red four door 1991 GMC Jimmy, VIN 1GKDT3Z0M2514776 that was being driven by Stanley Brzozowski Jr. At the time, Mr. Brzozowski Jr. had one female passenger, Katherine Mazur, who I arrested for possession of a controlled substance. I then seized the GMC Jimmy, VIN 1GKDT3Z0M2514776, which was transporting the drugs pursuant to the Chicago Municipal Code 7-24-225. As such, I am familiar with the facts set forth herein and can attest to the truth of the following matters.

2. While initiating the traffic stop, my partner and I observed that the female passenger, who later identified herself as Katherine Mazur, had her hand in a purse that was sitting on her lap. As I approached the window of the vehicle, I observed Ms. Mazur remove her hand from the purse, zip the purse, and place the purse on the floor of the vehicle.

3. When my partner and I arrived to the window of the vehicle, I stood on the passenger side of the vehicle, near Ms. Mazur, and my partner stood next to the driver side of the vehicle, near Mr. Brzozowski Jr.

4. I began to conduct a general field interview with Ms. Mazur when she became highly agitated and stated that she smokes "weed," a street name for cannabis, but she did not



have anything on her. At that time, Ms. Mazur picked up her purse, unzipped it, turned it upside down, and dumped the contents of her purse onto her lap.

5.  As Ms. Mazur emptied her purse, a folded piece of tin foil fell onto her lap. Based on my knowledge and experience as a Chicago Police Officer, I believed that the folded piece of tin foil was packaging for heroin.

6.  I immediately recovered the tin foil and suspect heroin, at which time Ms. Mazur stated she did not know that "it" was there, referring to the tin foil, and that "he" must have put it there. At that time, Ms. Mazur was pointing at Mr. Brzozowski Jr., the driver.

7.  I asked Ms. Mazur to step out of the tuck and took her into custody. <u>See</u> Exhibit A, Vice Case Report, Exhibit B, and Arrest Report for Katherine Mazur

8.  Mr. Brzozowski Jr. was not arrested. However, he was issued two traffic tickets for making an improper left turn, Ticket No. T-J382177, and having a cracked window windshield, Ticket No. T-J382178. <u>See</u> attached traffic tickets, Exhibit C No. T-J382177 and Exhibit D T-J382178.

9.  I also seized the red four-door GMC Jimmy, VIN 1GKDT3Z0M2514776, that Mr. Brzozowski Jr. was in control of at the time, pursuant to the Controlled Substances Act, 720 ILCS 570/100, et seq. and Municipal Code of Chicago Section 7-24-225, which provides that:

    (a)  The owner of record of any motor vehicle that contains any controlled substance or cannabis, as defined in the Controlled Substances Act, 720 ILCS 570/100, et seq., and the Cannabis Control Act, 720 ILCS 550/1, et seq., or that is used in the purchase, attempt to purchase, sale or attempt to sell such controlled substances or cannabis shall be liable to the city for an administrative penalty of $1,000.00 plus any applicable towing and storage fees. Any such vehicle shall be subject to seizure and impoundment pursuant to this section.

    (b)  Whenever a police officer has probable cause to believe that a vehicle is subject to seizure and impoundment pursuant to this section, the police officer shall provide for the towing of the vehicle to a facility controlled by the city or its agent. When the vehicle is towed, the police officer shall notify any person identifying himself as the owner of the vehicle or any person who is found to be in control of the vehicle at the time of the alleged violation, if there is such a person, of the fact of the seizure and of the vehicle owner's right to request a preliminary hearing to be conducted under Section 2-14-132 of this Code.

    (c)  The provisions of Section 2-14-132 shall apply whenever a motor vehicle in* seized and impounded pursuant to this section.

10. In accordance with the Municipal Code of Chicago, I informed Mr. Brzozowski Jr. that I was seizing his vehicle for containing a controlled substance and that he had the right to request a hearing. I also told Mr. Brozowski Jr. that paperwork informing about the hearing would be given to Ms. Mazur. I then called the Department of Streets and Sanitation and arranged for the towing of the truck to a City Pound.

11. When I returned to the Police Station to process Ms. Mazur, my partner and I completed standard forms required for towing, which included a Vice Case Report, Notice of Vehicle Impoundment, and Vehicle Tow Case Report. I also put another Notice of Impoundment in a box with Ms. Mazur's inventoried personal items. <u>See</u> attached Exhibits E-F.

12. Before delivering Ms. Mazur to the lockup, I gave employees at the "Hot Desk" the Vice Case Report, Notice of Impoundment, and Vehicle Tow Case Report.

13. After the arrest and confiscation of the vehicle, I attended traffic court where Mr. Brzozwski Jr. disputed his traffic tickets. I also attended an administrative hearing regarding the towing of Mr. Brzozowski's truck; however I was not required to testify because the owners of the vehicle did not appear and a default judgment was issued.

FURTHER AFFIANT SAYETH NAUGHT.

Satjit Singh

Signed and sworn to before me
on this 4th day of September, 2008.

NOTARY PUBLIC

Official Seal
Bridget J Strubbe
Notary Public State of Illinois
My Commission Expires 02/23/2010

**CHICAGO POLICE VICE CASE REPORT**

1. OFFENSE - PRIMARY CLASSIFICATION
- ☐ 2 GAMBLING
- ☐ 3 LIQUOR LAW VIOLATION
- ☐ 4 PROSTITUTION
- ☒ NARCOTICS
- ☐ 5 OBSCENITY
- ☐ 6 PUBLIC INDECENCY (U.C. PREMISE)

2. SECONDARY CLASSIFICATION: POSSESS HEROIN WHITE

1-UCR OFFENSE CODE / J-RD NO. 2002H / HN-396645

4. ADDRESS OF OCCURRENCE (NO. - DIR. - STREET - APT. NO.)
4400 W. IRVING PK.

9. TYPE OF LOCATION/PREMISE WHERE OFFENSE OCCURRED:
- ☐ 193 DRUG STORE
- ☐ 095 AIRPORT/AIRCRAFT
- ☐ 121 CHA APARTMENT
- ☐ 240 TAVERN/LIQUOR STORE
- ☐ 260 HOTEL/MOTEL
- ☐ 290 RESIDENCE
- ☐ 293 RESTAURANT
- ☐ 166 POOL ROOM
- ☐ 300 STREET
- ☐ 167 BARBER SHOP
- ☐ 165 NEWSSTAND
- ☐ 269 PARK PROPERTY
- ☐ 123 CHA PARKING LOT/GROUNDS
- ☐ OTHER - SPECIFY & ENTER CODE

5. DATE OF OCCURRENCE - TIME: 06 JUN 06 0830
6. DATE R.O. ARRIVED - TIME: 06 JUN 06 0830
7. BEAT/UNIT ASSIGNED: 4556 N/04
8. BEAT OCCURRED: 1731
LOCATION CODE

10. LICENSEE'S NAME (CORP. IF APPLICABLE)
11. BUSINESS LICENSE NO(S).

12. VICTIM'S/COMPLAINANT'S NAME (LAST - FIRST - M.I.)
PO GONZALEZ ST OF ILLINOIS

18. ☐ PERSON   ☐ 1 DISCOVERED   ☐ 2 WITNESSED   ☐ 3 REPORTED OFFENSE

15. HOME PHONE: 744-8390
16. BUSINESS PHONE
17. TIME AVAIL.

RACE CODES
1 - BLACK
2 - WHITE
3 - BLACK-HISPANIC
4 - WHITE-HISPANIC
5 - AMER-IND./ALASK. NAT.
6 - ASIAN/PACIFIC ISLANDER

19. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.)
MAZUR, KATHERINE
24. DATE OF BIRTH: 28 AUG 84
25. I.R./C.B. NO.: 1655 8313
20. OFFENDER IN CUSTODY:  ☐ YES  ☒ NO
26. CHARGES: 720 ILCS 570/402-C
21. NICKNAME/A.K.A.: NONE
22. HOME ADDRESS (NO. - DIR. - STREET - APT. NO.)
4559 N. KILBOURN
27. COURT BRANCH - CALL: 50-4
28. COURT DATE: 02 AUG 06
23. SEX - RACE - AGE - CODE: F 22 SOIL 14
29. INVENTORY NO.: 10761248
30. WEIGHT: 1
31. E.S.V.: $10.00 USC
32. HAIR
33. COMPL.
HEIGHT / WEIGHT / EYES

OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC.)
DATE OF BIRTH / I.R./C.B. NO.
OFFENDER IN CUSTODY?  ☐ YES  ☐ NO
CHARGES
NICKNAME/A.K.A.
HOME ADDRESS
COURT BRANCH - CALL / COURT DATE
SEX - RACE - AGE CODE
INVENTORY NO.
HEIGHT / WEIGHT / EYES / HAIR / E.S.V. / COMPL.

32. NO. OF OFFENDERS
33. NO. OF ARRESTS
34. TYPE OF ARREST:  ☐ ON VIEW  ☐ WARRANT
35. ADDRESS OF ARREST: 5400 N. KOSTNER

36. VEHICLE USED BY OFFENDER(S)
YEAR: 01
MAKE: GMC
BODY STYLE: 4 DOOR
COLOR: RED
V.I.N.: 1G KDT13ZO1N25144776
STATE LICENSE NO.: 3730758
STATE: IL
EXPR. MO./YEAR: 06 06

37. OTHER VEHICLE IDENTIFIERS
38. VEHICLE CONFISCATED:  ☐ YES  ☒ NO   POUND
39. MOTOR VEHICLE INVENTORY NO.

40. NARRATIVE (Do not duplicate or repeat information - for explanation or additional information only)

EVENT # 04647 OFFENDER PASSENGER IN VEHICLE STOPPED FOR TRAFFIC. R/O OBSERVED OFFENDER PLACE HAND IN HER PURSE AND THEN PURSE TO THE FLOOR MAT. DURING FIELD INTERVIEW OFFENDER STATED SHE SMOKES USED "STREET TERM FOR CANNABIS" BUT SHE _____

43. EXTRA COPIES REQUIRED (NO. & RECIPIENT)  ☒ CONTINUE OTHER SIDE  ☐ NORMAL(S)
44. NOTIFICATIONS, IF APPROPRIATE, MADE BY         UNIT NOTIFIED         PERSON NOTIFIED
41. FLASH MESSAGE SENT?  ☐ YES  ☒ NO

45. REPORTING OFFICER'S NAME (PRINT): GONZALEZ   STAR NO.: 10516
46. REPORTING OFFICER'S NAME (PRINT): SIROW   STAR NO.: 19930
47. DATE INVEST./COMPLETED - TIME: 06 JUN 06 1100
48. SUPERVISOR APPROVING (PRINT NAME): _____
STAR NO.

SIGNATURE
49. DATE SUPV./APPROVAL - TIME: 06 JUN 06 1100
50. APPROVAL SIGNATURE

CPD-11.414 (Rev. 8/96)   (Identify and describe all property and possible evidence recovered at the end of the narrative in column form. Show exactly where found, how found it and its description (enter Property Inventory numbers in box 29).)

EXHIBIT A

The description of offenders, possible weapons and possible vehicles used by offenders, contained within this report are approximations or estimates unless otherwise indicated. The sobriety of victims, witnesses and offenders is their apparent condition when reported. Witnesses' location at time of offense and distance from scene are the best approximation obtainable. All statements of victims, witnesses and offenders are summarizations unless otherwise indicated

RPR NO. PM-396645

SPEAKING WITH WASHINGTON HER. OFFENDER DUMPED HER PURSE AND R/O OBSERVED FALL FROM HER PURSE, A FOIL PACKET SUSPECT HEROIN. R/O RECOVERED SAID FOIL PACKET CONTAINING A WHITE POWDER SUBSTANCE SUSPECT HEROIN, AT WHICH TIME OFFENDER STATED HER BOY FRIEND, DRIVER OF VEHICLE, PUT IT IN HER PURSE. OFFENDER ASKED TO EXIT VEHICLE AND PLACED IN CUSTODY. OFFENDER SEARCHED/TRANSPORTED BY BF. 455160.

NMMC CLERK

STATUS
☐ 3 CLRD. CLOSED   ☐ 0 PROGRESS   ☐ 1 SUSPENDED   ☐ 2 UNFOUNDED
☐ 6 EXC. CLRD. OPEN   ☐ 4 CLRD. OPEN   ☐ 5 EXC. CLRD. CLOSED
☐ 6 EXC. CLRD. OPEN   ☐ 2 CLOSED - NON-CRIMINAL

HQ# OFFENSE CODE   REV. CODE
☐ 1 CORRECT
☐ 2 REVISED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEARUP OR FIRST CLEARUP OF MULTIPLE CLEARUP LIST)
☐ 1 ARREST &amp; PROSECUTION   ☐ 2 DIRECTED TO FAMILY COURT   ☐ 3 COMPL. REFUSED TO PROSECUTE   ☐ 4 COMMUNITY ADJUSTMENT   ☐ 5 OTHER EXCEPTIONAL

☐ ADULT   ☐ JUV.

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE

PREPARED BY - SIGNATURE          STAR NO.          DATE (DAY-MO-YR.)

APPROVED BY - SIGNATURE          STAR NO.          DATE (DAY-MO-YR.)

SUPERVISOR'S SIGNATURE                    DATE (DAY-MO-YR.)

**FINAL APPROVAL**

CB #: **16558313**
IR #: 1668386
YD #:
RD #: HM396645
EVENT #: 0615704647

**CHICAGO POLICE DEPARTMENT**
# ARREST REPORT

**3510 S. Michigan Avenue, Chicago, Illinois 60653**
(For use by Chicago Police Department Personnel Only)
CPD-11. 420C(REV. 6/30)

## ARREST REPORTING

### OFFENDER

**Name: MAZUR, Katherine**
**Res:** 4559 N Kilbourn Ave
    Chicago, IL 60630          **Beat:** 1722
**DOB:** 28 August 1984
**AGE:** 21 years
**POB:** Illinois
**ARMED WITH**

Female
White
5' 00"
119 lbs
Green Eyes
Brown Hair
Curly Hair Style
Fair Complexion



**Marks:** Tattoo Chinese Symbol on Right Ankle

### INCIDENT

**Arrest Date:** 06 June   2006 08:35    **TRR Completed?** No
**Location:** 3922 N Kostner Ave        **Beat:** 1731
       Chicago, IL 60641
       304 - Street
**Holding Facility:** District 025 Female Lockup
**Resisted Arrest?** No

**Total No Arrested:** 1     **Co-Arrests**     **Assoc Cases**

                             **DCFS Ward ?** No

**Dependent Children?** No

### CHARGES

1       Offense As Cited    **720 ILCS 570.0/402-C**

                  PCS - POSSESSION - LESS THAN 15 GRMS - HEROIN
                  Class 4 - Type F

**Victim**
P.O.Gonzalez #10516/State Of
I

### RECOVERED NARCOTICS

| Type | Approx. Weight/Quantity | Units | Estimated Street Value |
|------|------------------------|-------|------------------------|
| Suspect Controlled Substance | .1 | GRAMS | $10.00 |

IR #1668386

### WARRANT

**NO WARRANT IDENTIFIED**

CB #16558313



**EXHIBIT**
B

powered by: CLEAR Technology

**Chicago Police Department - ARREST Report**

CB #: 16558313

MAZUR, Katherine

## ARREST REPORTING

### VICTIM AND COMPLAINANT

**NON-OFFENDER(S)**

Name: **P.O.GONZALEZ #10516/STATE OF I**
Empl: **5555 W Grand Ave**
    **Chicago, IL  60639**
    **312-746-8605**

Beat: **2515**

Injured? No    Deceased? No

DOB:
Age:

Hospitalized? No

Comments:

Treated and Released   No

### ARRESTEE VEHICLE

Vehicle:        **VEHICLE IMPOUNDED: Yes**
1991  Truck - White Gmc (Begin. Model Year 1988) - White    VIN#: 1GKDT13Z0M2514776    Lic#: 3730758    IL
    Gmc (Begin. Model Year 1988) - Hardtop, 4-Door
Color: Red (Top) / Red (Bottom)    Inv#:
Pound#:  701 N SACRAMENTO
Disposition: Towed

### Confiscated Properties :

**PROPERTIES**

All confiscated properties are recorded in the e-Track System. This system can be queried by the inventory number to retrieve all official court documents related to evidence and/or recovered properties.

**PROPERTIES INFORMATION FOR    MAZUR, Katherine,    NOT AVAILABLE IN THE AUTOMATED ARREST SYSTEM.**

### INCIDENT NARRATIVE

(The facts for probable cause to arrest AND to substantiate the charges include, but are not limited to, the following)
EVENT #04647  WHILE ON PATROL ON A SCHOOL MISSION, AO'S OBSERVED ABOVE OFFENDER SEATED IN THE FRONT PASSENGER SIDE OF THE ABOVE VEHICLE THAT AO'S CURBED FOR A TRAFFIC VIOLATION.  AO'S OBSERVED OFFENDER PLACE HER HAND IN HER PURSE, AFTER WHICH OFFENDER THREW TO THE FLOOR MAT OF VEHICLE.  DURING FIELD INTERVIEW ABOVE OFFENDER STATED THAT SHE SMOKES WEED, STREET TERMINOLOGY FOR CANNABIS AND HAD NOTHING ON HER.  OFFENDER DUMPED HER PURSE AND AO'S OBSERVED FALL FROM HER PURSE A FOIL PACKET SUSPECT HEROIN.  AO'S RECOVERED SAID FOIL PACKET CONTAINING A WHITE POWDERED SUBSTANCE SUSPECT HEROIN, AT WHICH TIME OFFENDER STATED HER BOYFRIEND THE DRIVER OF VEHICLE, PUT IT IN HER PURSE.  OFFENDER ASKED TO EXIT VEHICLE, PLACED INTO CUSTODY AND TRANSPORTED TO 17TH DISTRICT FOR PROCESSING.  OFFENDER HAS NO GANG AFFILIATION AND NAME CHECK CLEAR.  OFFENDER HAS $30.00 U.S.C. OFFENDER SEARCHED BY P.O.COTTER #16098.  DRIVER OF VEHICLE ISSUED TRAFFIC CITATIONS AND VEHICLE IMPOUNDED.

### COURT INFO

Desired Court Date:      02 August 2006
Branch: 50-4    5555 W GRAND - Room
Court Sgt Handle?  No
Initial Court Date:     07 June 2006
Branch: CBC-1 2600 S CALIFORNIA - Room
Docket #:

### BOND INFO

**BOND INFORMATION NOT AVAILABLE**

**Chicago Police Department - ARREST Report**

CB #: 16558313

MAZUR, Katherine

## ARREST REPORTING

**ATTESTING OFFICER:**

I hereby declare and affirm, under penalty of perjury, that the facts stated herein are accurate to the best of my knowledge, information and/or belief.

**Attesting Officer:**    #12930    SINGH, S  (PC0W967)    06 JUN 2006 10:43

**ARRESTING OFFICER(S):**

| | | | Beat |
|---|---|---|---|
| **1st Arresting Officer:** | #10516 | GONZALEZ, R  (PC0W974) | 45S16N |
| **2nd Arresting Officer:** | #12930 | SINGH, S  (PC0W967) | 45S16N |

**APPROVING SUPERVISOR:**

**Approval of Probable Cause :**  #75    ROBARTS-DILLON, J M    06 JUN 2006 10:52
(PC0P010)

*powered by CLEAR Technology*

COMPLAINT NO.
TJ-382-178

COURT COPY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, FIRST MUNICIPAL DISTRICT
In the name and by the authority of the
The People of the State of Illinois
City of Chicago, a Municipal Corporation, Plaintiff, vs.

Name   Last  BRZOZOWSKI   First  SHIRLEY   MI  I   Court Key  E

Address   Street  2100 N. KILPATRICK   City  Chicago   State  IL   Zip Code  60639

Oper License   B622-7198-9122   State  IL   Birth Mo Day Yr  08 06 82   Sex  F   Height  6.0

Did then and drive and operate a certain motor vehicle, to wit, a   Make  GMC   Year  91   Color  RED

State License Plate No.  3730758   State  IL   Expires  06/06

Day of Week  TUE   MO DAY YEAR  06 06 2006   Time  8:30   AM

Address of Occurrence   No.  4410   N.   TWILEY

SITUATED WITHIN THE CORPORATE LIMITS OF THE CITY OF CHICAGO AFORESAID AND DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE

Illinois Vehicle Code 625 ILCS 5/:
☐ 11-601 (b) SPEEDING ____ MPH IN A ____ MPH ZONE
☐ 3-701 ( ) NO VALID STATE REGISTRATION
☐ 3-707 OPERATING UNINSURED VEHICLE
☐ 6-101 NO VALID DRIVERS LICENSE
☐ 6-303 ( ) DRIVING WHILE LICENSE SUSPENDED/REVOKED
☐ 6-112 FAILURE TO PRODUCE DRIVERS LICENSE
☐ 11-501 (a) DRIVING UNDER INFLUENCE
☐ 11-501 ( ) ILLEGAL TRANSPORTATION ALCOHOL
☐ 11-502 ( ) FAILURE TO WEAR SEAT BELT ☐ D L____ P
☐ 12-603.1 FAILURE TO REDUCE SPEED/ACCIDENT

☐ 11-405 (a) SPEEDING IN A SCHOOL ZONE
☐ 11-605 (b) SPEEDING IN A CONSTRUCTION ZONE

OFFENSE NOT LISTED
(USE OTHER OFFENSE BOX BELOW)

Municipal Code of Chicago (MCC):
☐ 9-8-020 I(d1) DISOBEY SOLID RED SIGNAL
☐ 9-24-010 (b) FAILURE TO STOP AT STOP SIGN

READ YELLOW DRIVERS INSTRUCTION SHEET
☐ YOU MUST MAIL RESPONSE WITHIN 7 DAYS
☒ YOU MUST APPEAR IN ROOM

On  25  of  June  20  06

at  11:00  o'clock  A  .M.

at the TRAFFIC COURT (S) LOCATED AT THE RICHARD J. DALEY CENTER, 50 W. WASHINGTON, CHICAGO, IL.

COURT COPY OF COMPLAINT

CRASH
☐ Prop Dam  ☐ Per Inj  ☐ Fatal
☐ Defendant Inj Only
Name of Witness
Address
City, State, Zip

WITNESS
COMPLETE AND ATTACH THE ADDITIONAL WITNESS INFORMATION-PERSONAL SERVICE CITATION FORM

Without admitting guilt, I promise to comply with the terms of this citation
Signature

The undersigned certifies that the statements set forth in this Instrument are true and correct.
Officer's Signature

Star #  5861   Booked At  014017

Other Complaints Issued  TJ-382-177

BOND DEPOSITED  I-6140315

Illinois Dr. Lic. ☐ Other

EXHIBIT C







EXHIBIT
D
tabbies®



# NOTICE OF VEHICLE IMPOUNDMENT

**City of Chicago**
**RICHARD M. DALEY**
**MAYOR**

**STREETS & SANITATION**

**DEPARTMENT OF**
**STREETS AND SANITATION**
**(312) 742-6121**
**FAX (312) 742-6150**

The vehicle identified below is being impounded by the City of Chicago because [check the appropriate box(es)]:

_____ It was driven by or in the actual physical control of a person under the influence of alcohol, intoxicating compound(s), other drug(s), or any combination thereof, as defined by 625 ILCS 5/11-501 in violation of Section 7-24-226(a) of the Municipal Code of Chicago.

_____ It was found to contain an unregistered firearm, a firearm that was not disassembled into a non-functioning condition or a laser sight accessory in violation of the Municipal Code of Chicago Section 8-20-015(a).

_____ It was used by minors to violate the City's curfew in violation of Section 8-16-020 of the Municipal Code of the City of Chicago.

_____ It was used to solicit or patronize a prostitute or to commit an act of prostitution in violation of Section 8-8-060(d) of the Municipal Code of Chicago.

_____ It was used to dump or deposit or cause to be dumped or deposited on a lot, or parcel of real estate within the City of Chicago garbage, ashes, refuse, trash, miscellaneous waste (fly dumping) in violation of Section 7-28-440(b) of the Municipal Code of Chicago.

_____ It was found to have a device which generated sound clearly audible to a person with normal hearing at a distance greater than 75 feet in violation of Section 11-4-1115 of the Municipal Code of Chicago.

__X____ It was found to contain controlled substances or cannabis, as defined in the Controlled Substances Act, 720 ILCS 570/100 et seq. and the Cannabis Control Act, 720 ILCS 550-1 et seq. or that it was used in the purchase, attempt to purchase, sale or attempt to sell controlled substances or cannabis, in violation of Section 7-24-225 of the Municipal Code of Chicago.

_____ It was operated or parked on the public way bearing a false, stolen or altered state temporary registration permit in violation of Section 9-80-220 of the Municipal Code of the City of Chicago.

_____ It was operated by a person participating in drag racing in violation of Section 9-12-090 of the Municipal Code of Chicago.

_____ In violation of Section _____ of the Municipal Code of Chicago, for _____ (description of violation)

R.D. No.: NM 596645    Amount of Substance: 1 GRAms    Type: HEROIN

Date of Impoundment: 06 JUN 06    Time of Impoundment: 2835

Vehicle Towed From (Address): 4650 N. PULASKI

Officer Seizing Vehicle: SINGH    Star No.: 12930    Watch: 2

Beat Assigned: 4516N    Beat Occurred: 1731    Unit: 715    Bell: _____    Pax: _____

Court Date: 02 AUG 06    Day Off Group: S/M    Furlough: _____

Owner's Name: BRZUZOWSKI, STANLEY

Owner's Address: 2550 N LINDEN    City: LYDEN    State: FL    Zip: 60164

Arrestee's Name: MAZUR KATHERINE

(Attach copy of leads print-out and case report, send copies to DSS and OCD)

Arrestee's Address: 4557 N. KILBURN    City: CH    State: IL    Zip: _____

## VEHICLE IDENTIFICATION

V.I.N.: 1GKDT13ZUM2514776

Make: GMC    Yr.: 91    Color: RED    Body Style: 4/DR

Lic. Plate No.: 3230758    State: IL    Exp. Date: 06/06

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

Signature of Issuing Officer _____

**OCD REVIEW ONLY:**

Reviewed Date _____    By: _____

**EXHIBIT**

tabbies

E

☐ Lienholder only
☐ Declined
☐ Forfeiture Pending

White Copy—Vehicle Impoundment  •  Yellow Copy—Respondent  •  Pink Copy—Asset Forfeiture Unit, OCD  •  Gold Copy—Streets and Sanitation

(Rev. 03/05)    **\*FOR VEHICLE RELEASE AND HEARING INFORMATION SEE BACK COVER\***    RV100

184280-45-EL-3/05

**NARCOTICS**

| | |
|---|---|
| ...ORT | **1. BEAT OF ASSIGNMENT** 4516 N | **2. BEAT OF OCCURRENCE** 1731 | **3. RD. NO.** HM-396645 |

...MENT

**...EDIATE (Check one)**

**5. IMPOUNDMENT (Check one)**

**6. SEIZURE (Check one)**

- ☐ PARKED ON PRIVATE PROPERTY WITHOUT CONSENT OF PROPERTY OWNER/AGENT, VEHICLE OWNER UNKNOWN, AND A COMPLAINT (CPD-11.478) HAS BEEN SIGNED BY THE PROPERTY OWNER/AGENT.
- ☐ TRAFFIC CRASH - VEHICLES WHICH CANNOT BE DRIVEN SAFELY FROM THE SCENE, ARE OBSTRUCTING THE FLOW OF TRAFFIC, OR CAUSING A HAZARDOUS CONDITION, AND THE OPERATOR IS UNWILLING/UNABLE TO OBTAIN TOW.
- ☐ ARRESTEE'S PROPERTY - MOTOR VEHICLE CONTROLLED BY ARRESTEE.
- ☐ HAZARD - MOTOR VEHICLE OBSTRUCTING TRAFFIC FLOW. INDICATE VIOLATION IN NARRATIVE.
- ☐ HIT & RUN - LEAVING THE SCENE OF A TRAFFIC ACCIDENT. WHEN VEHICLE CONNECTED WITH AN ADDITIONAL OFFENSE. (CHECK TO OBTAIN EVIDENCE.)
- ☐ NO INSURANCE AND/OR SUSPENDED OR REVOKED OR NO DRIVER'S LICENSE (625 ILCS 6-101) - TOW OF A VEHICLE BELONGING TO AN INDIVIDUAL WHO HAS NO INSURANCE FOR THE VEHICLE AND NO DRIVER'S LICENSE OR WHOSE DRIVER'S LICENSE IS SUSPENDED OR REVOKED.
- ☐ PUBLIC ADMINISTRATOR'S/MEDICAL EXAMINER'S CASES - MOTOR VEHICLE OF DECEASED PERSON INVOLVED IN AN ESTATE OR MEDICAL EXAMINER'S CASE.
- ☐ STOLEN - TOW AUTHORIZED BY OWNER/COMPLAINANT. HAZARD OR RECOVERED VEHICLE ILLEGALLY PARKED, OR NEEDED FOR FURTHER INVESTIGATION.

- ☐ CHILDREN ON THE STREETS AT NIGHT MCC B-16-020
- ☐ DUMPING ON REAL ESTATE WITOUT PERMIT MCC 7-28-440
- ☐ POSSESSION OF FIREARM IN MOTOR VEHICLE MCC 8-20-015
- ☐ SOUND DEVICE RESTRICTION MCC 11-4-111
- ☐ STREET SOLICITATION FOR PROSTITUTION MCC 8-8-060
- ☐ UNLAWFUL DRUGS IN MOTOR VEHICLE MCC 7-24-225
- ☐ UNLICENSED PUBLIC PASSENGER VEHICLE MCC 9-112-555
- ☐ OTHER MCC VIOLATION (CITE VIOLATION IN NARRATIVE)
- ☐ OTHER ILCS VIOLATION (CITE VIOLATION IN NARRATIVE)

- ☐ SEIZURE 625 ILCS 5/4-107(k)
- ☐ SEIZURE 720 ILCS 5/36-1
- ☐ FORFEITURE 720 ILCS 550/12
- ☐ FORFEITURE 720 ILCS 570/505

**7. OTHER (Check one)**

- ☐ HOLD FOR INVESTIGATION
- ☐ WANTED VEHICLE
- ☐ HOLD FOR CONFIDENTIAL VIN CHECK
- ☐ OTHER VIOLATION (CITE VIOLATION IN NARRATIVE)

| **8. LOCATION OF VEHICLE** 17 Dist 4650 N. Pulaski | **9. MOTOR VEHICLE INVENTORY NO.** | **POUND** | **10. YEAR** 91 |
|---|---|---|---|

| **11. MAKE** GMC | **12. MODEL** Jimmy | **13. BODY STYLE** 4/DR | **14. VIN NO.** 1GKDT13Z0M2514776 |
|---|---|---|---|

| **15. LICENSE PLATE NO.** 3730758 | **STATE** IL | **MO./YR./EXP.** 06/06 | **16. CITY LICENSE NO.** | **CITY** | **EXP./YR.** |
|---|---|---|---|---|---|

| **17. NAME ☐ OWNER ☐ ARRESTEE** BRZOZOWSKI, STANLEY | **18. ADDRESS** 2550 N Linden 4DEN #L | **19. HOME PHONE** ( ) | **20. BUSINESS PHONE** ( ) | **21. OWNERSHIP VERIFIED** ☐ YES ☐ NO |
|---|---|---|---|---|
| **22. NAME ☐ DRIVER ☐ ARRESTEE** MAZUR, KATHERINE | **23. ADDRESS** 4559 N. Kilbourn | **24. HOME PHONE** ( ) | **25. BUSINESS PHONE** ( ) | **26. I.D. VERIFIED** ☐ YES ☐ NO |

| **27. PERSONAL PROPERTY IN VEHICLE** ☐ YES ☐ NO  DESCRIBE IN NARRATIVE | **28. PROPERTY INVENTORY NO.** |
|---|---|

| **29. PROPERTY INVENTORIED BY - NAME** | **STAR NO.** | **DISTRICT** | **DATE/TIME** |
|---|---|---|---|

## 30. VEHICLE INVENTORY

| EXTERIOR | NO | YES | | ENGINE COMPARTMENT | NO | YES | UNK | INTERIOR | NO | YES | UNK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOORS LOCKED | ☐ | ☑ | | AIR CONDITIONING | | | ☐ | AIR BAG DAMAGED (ATTEMPT THEFT) | ☐ | ☐ | |
| DOOR LOCKS PUNCHED | ☐ | ☐ NO.____ | | COMPRESSOR MISSING | ☐ | ☐ | | AIR BAG MISSING (THEFT) | ☐ | ☐ | |
| EXTERIOR DAMAGED | ☑ | ☐ NO.____ | | ALTERNATOR/GENERATOR | | | | COMPUTER MICRO PROCCESSOR CHIP MISSING | ☐ | ☐ | |
| GLASS BROKEN | ☐ | ☐ NO.____ | | MISSING | ☐ | ☐ | | C.B. RADIO IN VEHICLE | ☐ | ☐ | |
| HUB CAPS MISSING | ☐ | ☐ NO.____ | | BATTERY MISSING | ☐ | ☐ | | C.D. PLAYER IN VEHICLE | ☐ | ☐ | |
| SUN ROOF MISSING | ☐ | ☐ NO. D-N-A | | CARBURETOR MISSING | ☐ | ☐ | | CUSHIONS MISSING | ☐ | ☐ | |
| TIRE(S) MISSING | ☐ | ☐ NO.____ | | ENGINE MISSING | ☐ | ☐ | | GLOVE BOX LOCKED | ☐ | ☐ | |
| TIRE(S) SWITCHED | ☐ | ☐ NO.____ | | RADIATOR MISSING | ☐ | ☐ | | IGNITION DAMAGED/PULLED | ☐ | ☐ | |
| T-TOP MISSING | ☐ | ☐ NO.____ | | STARTER MISSING | ☐ | ☐ | | INTERIOR DAMAGED | ☐ | ☐ | |
| WHEELS MISSING | ☐ | ☐ NO.____ | | TRANSMISSION MISSING | ☐ | ☐ | | KEYS IN VEHICLE | ☐ | ☐ | |
| SPARE TIRE IN VEHICLE | ☐ | ☐ UNK | | OTHER - SPECIFY | | | | REAR SEAT CUSHIONS PULLED | ☐ | ☐ | |
| TOOLS IN VEHICLE | ☐ | ☐ UNK | | | | | | RADIO MISSING | ☐ | ☐ | |
| TRUNK LOCKED | | | | | | | | SEATS MISSING | ☐ | ☐ | |
| TRUNK LOCK PUNCHED | | | | | | | | TAPE PLAYER IN VEHICLE | ☐ | ☐ | |
| OTHER - SPECIFY | | | | | | | | OTHER - SPECIFY | | | |

| **31. FOLLOW-UP INVESTIGATING UNIT NOTIFIED BY** | **32. PERSON NOTIFIED** | **UNIT NOTIFIED** | **DATE/TIME** |
|---|---|---|---|

| **33. OFFICER REQUESTING TOW** GONZALEZ | **STAR NO.** 10516 | **UNIT/ASSIGN.** 04/215 | **34. OFFICER REQUESTING TOW** SINGH | **STAR NO.** 12950 | **UNIT/ASSIGN.** 04/215 |
|---|---|---|---|---|---|

| **35. STREETS AND SANITATION NO.** 074578 | **36. DATE/TIME TOW ORDERED** 06 JUN 06 / 0950 | **37. DATE/TIME INVESTIGATION COMPLETED** 08 JUN 06 / 1800 |
|---|---|---|

| **38. TOW DRIVER'S NAME** Edgar Nieto | **TRUCK NO.** 1521-2 | **DATE/TIME** 06JUN06/1153 | **39. SUPERVISOR APPROVING** |
|---|---|---|---|

CPD-11.413 (REV. 6/99)      LIST DISCREPANCIES IN THE NARRATIVE ON THE REVERSE SIDE.

**EXHIBIT F**

**40. NARRATIVE**

R.D. NO.

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE.

SUPERVISOR'S SIGNATURE

STAR NO.

DATE (DAY-MO-YR.)

## NOTICE: ANY PERSON INTERFERING WITH AN IMPOUNDED VEHICLE IS SUBJECT TO ARREST AND PROSECUTION

**VEHICLE RELEASE**

Only the owner(s) of record (title holder(s)) of an impounded vehicle may secure the release of the vehicle. The owner of record or an authorized designee must appear in person at 400 West Superior, Department of Revenue, between the hours of 8:30 a.m and 4:30 p.m. Monday through Friday, and Saturday 8:30 a.m. and 3:30 p.m. (closed Sundays and legal holidays) with **proof of ownership** (title or bill of sale) and valid **identification** (driver's license or state identification card).

An impounded vehicle may be immediately released upon payment of a $500.00 administrative penalty ($750.00 if the impoundment was for violation of 9-112-555; $1000.00 if the impoundment was for violation of 7-24-225, 7-24-226, 8-8-060, or 8-20-015; $2000.00 if the impoundment was for a second or subsequent violation of 7-28-440) plus applicable towing and storage fees.

**HOWEVER**, no vehicle impounded under authority of Section 7-24-225 of the Municipal Code of Chicago shall be returned to the owner of record until the City receives notice from the appropriate State, or where applicable, federal officials that (i) forfeiture proceedings will not be instituted or (ii) forfeiture proceedings have concluded and there is a settlement or court order providing that the vehicle shall be returned to the owner of record.

-Fees subject to change without notice-

## NOTICE OF RIGHT TO A PRELIMINARY HEARING

In accordance with Section 2-14-132, the owner of record (title holder) of the impounded vehicle may request a preliminary impoundment hearing to determine whether there is probable cause for impoundment. A request for preliminary hearing must be made within 15 days of the impoundment at the Department of Administrative Hearings, 400 West Superior Street, Room 110, in Chicago during business hours 9:00 a.m. and 3:30 p.m. Monday through Friday, (closed Saturdays, Sundays, and legal holidays).

## NOTICE OF RIGHT TO A FULL HEARING

In accordance with Section 2-14-132 of the Municipal Code of Chicago, the owner of record (title holder) of an impounded vehicle may contest the impoundment by filing a written request for a hearing with the Department of Administrative Hearings. The owner of record seeking a hearing must file the request for hearing no later than 15 days after the date that the owner notification was mailed by the city. If the owner received the notification of impoundment by personal service, the request for a hearing must be filed within 15 days of such service. A hearing request may be submitted by mail, or in person (Monday through Friday, 9:00 a.m–4:30 p.m.), to the Department of Administrative Hearings, 740 North Sedgwick Street, 2nd Floor, Chicago, Illinois 60610. An owner who files a timely hearing request will be notified of his or her hearing date and time by mail. *Request for hearing* forms are available from the Department of Administrative Hearings.

If the owner does not file a timely request for a full hearing, or if the owner requests a hearing but fails to appear at the scheduled hearing, a default finding of liability will be entered and an administrative penalty, storage and towing fees will be assessed. If the administrative penalty and other fees are not paid in full within 10 days after the expiration of the time within which judicial review of the finding of liability may be sought, the vehicle may be deemed unclaimed and sold or disposed of by the city.

- If you have questions regarding the impoundment call:
  The Vehicle Impoundment Unit at (312) 742-6121, Fax (312) 742-6150.

- If you have questions regarding a hearing call:
  The Department of Administrative Hearings at (312) 742-8475.

- If you have questions regarding forfeiture proceedings call:
  The Asset Forfeiture Unit at (312) 746-7146.

# EXHIBIT C

*Brzozowski v. Sitjit Singh*
*08 cv 677*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

STANLEY BRZOZOWSKI,         )
         )
         )   **No. 08 C 677**
      Plaintiff,   )
         )
   v.         )   JUDGE KOCORAS
         )
SATJIT SINGH,         )   Magistrate Judge ASHMAN
         )
      Defendant.   )   **Jury Demanded**

### <u>AFFIDAVIT OF BRUCE GONDEK</u>

I, Bruce Gondek, being first duly sworn on oath, state as follows:

1.   I am employed the City of Chicago Department of Streets and Sanitation as an Auto Pound Supervisor. My duties include, managing a pound, ensuring that notifications are sent to vehicle owners whose vehicles have been impounded by the City of Chicago, locating vehicles that have been impounded for owners, and the managing the sale and/or destruction of vehicles that are not claimed by their owners within the proper amount of time. As such, I am familiar with the City of Chicago's computer systems that track, locate, and store information related to vehicles that are impounded and can attest to the truth of the matters stated herein.

2.   According to the documents stored within the City of Chicago's CSR system , on June 6, 2006, Officers Singh, Star No. 12930 and/or Gonzalez, Star No. 10516, caused a maroon 1991 GMC Jimmy, VIN 1GKDT13Z0M2514776, to be towed from District 17 Police Station located at 4650 N. Pulaski to a City Pound for a narcotics violation. **See Exhibit A.**

3.   The records also show that on the same day that the vehicle was towed; the Officer(s) submitted a tow report, copy of the police report, and a Notice of Vehicle Impoundment to the Department of Streets and Sanitation. **See Exhibit B and C.**

4.   After the officers caused the vehicle to be towed, the vehicle was taken to Pound 6, located at 701 N. Sacramento, Chicago, IL, and inventoried. The pound then generated a



EXHIBIT
C

Motor Vehicle Inventory Report, which was assigned to inventory number 6468141. **See Exhibit D**.

5.  According to the vehicle's tow record, after it was inventoried at the Pound, it was entered into a city-wide database, which allows employees of the Department of Streets and Sanitation and the Chicago Police Department to locate the vehicle. **See Exhibit E.**

6.  According to the vehicle's tow record, on June 7, 2006, the Department of Streets and Sanitation conducted a multi-state search for the owner of the vehicle with the vehicle's serial number. The serial did not come back as belonging to an owner in the state of Illinois. **See Exhibit F**.

7.  On June 7, 2006, a second search for the vehicle's owner with the license plate number. The records show that the search found the name and home address of the owners that were registered with the Illinois Secretary of State. The record reflects that the Secretary of State had two registered owners, Stanley and Camy Brzozowski who resided at 2550 N. Landen, Lyden Township, IL 60164. **See Exhibit G**.

8.  On June 8, 2006, three Owner Notifications were mailed with Requests for Hearing via certified U.S. mail. These documents were addressed to the following people and addresses:

Stanley and Camy Brzozowski          Katherine Mazur
2550 N. Laden                        4559 N. Kilborne
Northlake, IL 60164                  Chicago, IL 60639

**See Exhibit H-K.**

9.  On June 8, 2006, Camy Brzozowski requested a hearing, identifying the vehicle and it's Inventory No. Ms. Brzozowski also submitted a copy of her Driver's License and the Certificate of Title for said vehicle. On her request form Ms. Brzozowski identified Stanley Brzozowski as the owner of record and stated that she lived at 2550 N. Laden, Northlake, IL 60164, the same address and city that the notifications were sent by certified mail. **See Exhibit L**.

10. On June 13, 2006, the Department of Streets and Sanitation sent Stanley Brzozowski a Notice of Hearing to the same address. The notice informed the parties that an administrative hearing was scheduled at 400 W. Superior, Room 110, Central Hearing Facility, Chicago, IL. On: Thursday July 6, 2006 at 2:00 pm. **See Exhibit M.**

11. On July 6, 2006 the hearing was held. The Administrative Law Officer entered a default judgment against the Plaintiff for failure to appear and ordered Mr. Brzozowski to pay $2,110.00.   A notice of the order was also mailed to Camy Brzozowski, Stanley Brzozowski, and Katherine Mazur. **See Exhibit N.**

12. On August 23, 2006, the vehicle was disposed. **See Exhibit O.**

FURTHER AFFIANT SAYETH NAUGHT.

                                              BRUCE GONDEK

Signed and sworn to before me
on this 2[th] day of September, 2008.

NOTARY PUBLIC

Official Seal
Victoria Reyes
Notary Public State of Illinois
My Commission Expires 12/09/2008

VCE CASE REPORT — CHICAGO POLICE

1. OFFENSE - PRIMARY CLASSIFICATION: POSSESS HEROIN WHITE
2. SECONDARY CLASSIFICATION: POSSESS HEROIN WHITE
☐ 1 VICE ☐ 2 GAMBLING ☐ 3 NARCOTICS ☐ 3 LIQUOR LAW VIOLATION
☐ 4 PROSTITUTION ☐ 5 OBSCENITY ☐ 6 PUBLIC INDECENCY

1. UCR OFFENSE CODE: 2024
2. R.D. NO.: HW-396645
3. DATE R.O. ARRIVED - TIME: 06 JUN 06 0830
5. DATE OF OCCURRENCE - TIME: 06 JUN 06 0830
6. DATE R.O. ARRIVED - TIME: 06 JUN 06 0830
7. BEAT/UNIT ASSIGNED: 4SS16N/04
8. BEAT/RO OCCURRED: 1731
LOCATION CODE

4. ADDRESS OF OCCURRENCE (NO. - DIR. - STREET - APT. NO): 4400 W. IRVING PK
9. TYPE OF LOCATION/PREMISE WHERE OFFENSE OCCURRED:
☐ 193 DRUG STORE ☐ 095 AIRPORT/AIRCRAFT ☐ 121 CHA APARTMENT
☐ 240 TAVERN/LIQUOR STORE ☐ 166 POOL ROOM ☐ 260 HOTEL/MOTEL ☐ 290 RESIDENCE ☐ 123 CHA PARKING LOT/GROUNDS
☐ 293 RESTAURANT ☐ 165 NEWSSTAND ☒ 304 STREET ☐ 269 PARK PROPERTY
☐ 188 BARBER SHOP
☐ OTHER - SPECIFY & ENTER CODE
10. LICENSEE'S NAME (CORP. IF APPLICABLE)
11. BUSINESS LICENSE NO(S).

12. VICTIM'S/COMPLAINANT'S NAME (LAST - FIRST - M.I.): PC SANDNER ST OF ILLINOI
13. HOME ADDRESS (NO. - DIR. - STREET - APT. NO.): 4559 N KILBOURN
14. SEX - RACE - AGE CODE
15. HOME PHONE: 744-8390
16. BUSINESS PHONE
17. TIME AVAIL.

18. PERSON ☐ 1 DISCOVERED ☐ 2 WITNESSED ☐ 3 REPORTED OFFENSE

RACE CODES
1 - BLACK
2 - WHITE
3 - BLACK-HISPANIC
4 - WHITE-HISPANIC
5 - AMER.IND/ALASK. NAT.
6 - ASIAN/PACIFIC ISLANDER

19. OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC): MAZUR KATARINE
20. OFFENDER IN CUSTODY? ☒ YES ☐ NO
22. HOME ADDRESS: 4559 N KILBOURN
23. SEX - RACE - AGE: F CODE
24. DATE OF BIRTH: 28 AUG 84
25. I.R.C.B. NO.: 31 65 58 13
26. CHARGES
27. COURT BRANCH - CALL: 50-4
28. COURT DATE: 02 AUG 06
29. INVENTORY NO.: 10751248
21. NICKNAME/A.K.A.: NONE
STATE LICENSE NO.: 720 ILCS 570/402-C
HEIGHT: 5'00"  WEIGHT: 119  EYES: BRN  HAIR: BRN LUCAS
30. WEIGHT: $40.00 USC
STATE LICENSE NO.: 5730758
STATE: IL
EXPIR. MO./YEAR: 12/06/06
STAR NO.
38. VEHICLE CONFISCATED ☐ YES ☐ NO  POUND
39. MOTOR VEHICLE INVENTORY NO.

OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC)
OFFENDER IN CUSTODY? ☐ YES ☐ NO
HOME ADDRESS
SEX - RACE - AGE CODE
DATE OF BIRTH
I.R.C.B. NO.
CHARGES
COURT BRANCH - CALL
COURT DATE
INVENTORY NO.
NICKNAME/A.K.A.
HEIGHT  WEIGHT  EYES  HAIR  COMPL.

OFFENDER'S NAME (OR DESCRIBE CLOTHING, ETC)
OFFENDER IN CUSTODY? ☐ YES ☐ NO
HOME ADDRESS
SEX - RACE - AGE CODE
DATE OF BIRTH
I.R.C.B. NO.
CHARGES
COURT BRANCH - CALL
COURT DATE
INVENTORY NO.
NICKNAME/A.K.A.
HEIGHT  WEIGHT  EYES  HAIR  COMPL.

32. NO. OF OFFENDERS
33. NO. OF ARRESTEES
34. TYPE OF ARREST ☒ ON VIEW ☐ WARRANT
35. ADDRESS OF ARREST: 3920 N KOSTNER
E.S.V.

36. VEHICLE USED BY OFFENDER(S)
YEAR MAKE: 91 LGMC MAROON
BODY STYLE: 4 DOOR
COLOR
V.I.N.: REDIIGLKDT13Z0MG514477761
37. OTHER VEHICLE IDENTIFIERS

40. NARRATIVE (Do not duplicate or repeat information - for explanation or additional information only):
EVENT # 04647 OFFENDER WAS PASSENGER IN VEHICLE STOPPED FOR TRAFFIC. R/O OBSERVED OFFENDER PLACE HAND IN HER PURSE AND THEN PURSE TO THE FLOOR MAT. DURING FIELD INTERVIEW OFFENDER STATED SHE SMOKES WEED "SCOOKET TAKEN FOR CANNABIS" BUT SHE

44. NOTIFICATIONS, IF APPROPRIATE, MADE BY: ☐ CONTINUE OTHER SIDE
UNIT NOTIFIED
PERSON NOTIFIED
41. FLASH MESSAGE SENT? ☐ YES ☒ NO
42. GANG RELATED - AFFILIATION ☒ VICTIM ☐ OFFENDER — NONE

45. REPORTING OFFICER'S NAME (PRINT): SANDNER  STAR NO.: 10516
SIGNATURE
46. REPORTING OFFICER'S NAME (PRINT): SKRZY  STAR NO.: 18930
SIGNATURE
47. DATE INVEST. COMPLETED - TIME: 06 JUN 06
48. SUPERVISOR APPROVING (PRINT NAME)
49. DATE SUPV. APPROVAL - TIME: 06 JUN 06 11:00
50. APPROVAL SIGNATURE
DATE (DAY - MO. - YEAR) - TIME

43. EXTRA COPIES REQUIRED (NO. & RECIPIENT) ☐ NORMAL (3)

(Identify and describe all property or possible evidence recovered at the end of the narrative in column form. Show exactly where found, who found it and its description (Col. 29).)

CPD-11,414 (Rev. 8/96)

EXHIBIT A
tabbies

The description of offenders, possible weapons and possible vehicles used by offenders, contained within this report are approximations or estimates unless otherwise indicated. The sobriety of victims, witnesses and offenders is their apparent condition when reported. Witnesses' location at time of offense and distance from scene are the best approximation obtainable. All statements of victims, witnesses and offenders are summarizations unless otherwise indicated

R.D. NO. HM-396645

COMPLAINT NARRATIVE ... ON HER, OFFENDER DUMPED HER PURSE AND R/O OBSERVED FALL FROM HER PURSE, A FOIL PACKET SUSPECT HEROIN. R/O RECOVERED SAID FOIL PACKET CONTAINING A WHITE POWDER SUBSTANCE SUSPECT HEROIN, AT WHICH TIME OFFENDER STATED HER BOY FRIEND, DRIVER OF VEHICLE, PUT IT IN HER PURSE. OFFENDER ASKED TO EXIT VEHICLE AND PLACED IN CUSTODY. OFFENDER SEARCHED/TRANSPORTED BY BI 455160.

NAME CLEAR

STATUS
□ 3 CLRD. CLOSED   □ 0 PROGRESS   □ 1 SUSPENDED   □ 2 UNFOUNDED
□ 6 EXC. CLRD. OPEN   □ 4 CLRD. OPEN   □ 5 EXC. CLRD. CLOSED
□ 7 CLOSED - NON-CRIMINAL

UCR OFFENSE CODE | REV. CODE
□ 1 CORRECT
□ 2 REVISED

REMARKS (PERTINENT INFORMATION NOT ON ORIGINAL REPORT)

FOR USE BY BUREAU OF INVESTIGATIVE SERVICES ONLY

IF CASE IS CLEARED, HOW CLEARED (USE THIS BOX FOR SINGLE CLEARUP OR FIRST CLEARUP OF MULTIPLE CLEARUP LIST)
□ 1 ARREST & PROSECUTION
□ 2 DIRECTED TO FAMILY COURT
□ 3 COMPL. REFUSED TO PROSECUTE
□ 4 COMMUNITY ADJUSTMENT
□ 5 OTHER EXCEPTIONAL

□ ADULT
□ JUV.

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDI-CATE THAT IT IS ACCEPTABLE

SUPERVISOR'S SIGNATURE | DATE (DAY-MO-YR.)

PREPARED BY - SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)

APPROVED BY - SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)



## NOTICE OF VEHICLE IMPOUNDMENT

**City of Chicago**
**RICHARD M. DALEY**
**MAYOR**

STREETS & SANITATION

**DEPARTMENT OF
STREETS AND SANITATION**
**(312) 742-6121**
**FAX (312) 742-6150**

The vehicle identified below is being impounded by the City of Chicago because [check the appropriate box(es)]:

_____ It was driven by or in the actual physical control of a person under the influence of alcohol, intoxicating compound(s), other drug(s), or any combination thereof, as defined by 625 ILCS 5/11-501 in violation of Section 7-24-226(a) of the Municipal Code of Chicago.

_____ It was found to contain an unregistered firearm, a firearm that was not disassembled into a non-functioning condition or a laser sight accessory in violation of the Municipal Code of Chicago Section 8-20-015(a).

_____ It was used by minors to violate the City's curfew in violation of Section 8-16-020 of the Municipal Code of the City of Chicago.

_____ It was used to solicit or patronize a prostitute or to commit an act of prostitution in violation of Section 8-8-060(d) of the Municipal Code of Chicago.

_____ It was used to dump or deposit or cause to be dumped or deposited on a lot, or parcel of real estate within the City of Chicago garbage, ashes, refuse, trash, miscellaneous waste (fly dumping) in violation of Section 7-28-440(b) of the Municipal Code of Chicago.

_____ It was found to have a device which generated sound clearly audible to a person with normal hearing at a distance greater than 75 feet in violation of Section 11-4-1115 of the Municipal Code of Chicago.

_____ It was found to contain controlled substances or cannabis, as defined in the Controlled Substances Act, 720 ILCS 570/100 et seq. and the Cannabis Control Act, 720 ILCS 550-1 et seq. or that it was used in the purchase, attempt to purchase, sale or attempt to sell controlled substances or cannabis, in violation of Section 7-24-225 of the Municipal Code of Chicago.

_____ It was operated or parked on the public way bearing a false, stolen or altered state temporary registration permit in violation of Section 9-80-220 of the Municipal Code of the City of Chicago.

_____ It was operated by a person participating in drag racing in violation of Section 9-12-090 of the Municipal Code of Chicago.

_____ In violation of Section _____ of the Municipal Code of Chicago, for _____

(description of violation)

R.D. No.: **JM 316645**    Amount of Substance **1 GRAMS**    Type **HEROIN**

Date of Impoundment **06 JUN 06**    Time of Impoundment **3835**

Vehicle Towed From (Address): **4650 N PULASKI**

Officer Seizing Vehicle: **SINGH**    Star No. **12930**    Watch **2**

Beat Assigned: **4551GN**    Beat Occurred: **1731**    Unit **215**    Bell _____    Pax _____

Court Date: **17 AUG 06**    Day Off Group: **S/M**    Furlough: _____

Owner's Name: **BRZOZOWSKI, STANLEY**

Owner's Address: **2550 N LINDEN**    City **LYDEN**    State **FL**    Zip **60164**

Arrestee's Name: **MAZUR KATHERINE**

(Attach copy of leads print-out and case report, send copies to DSS and OCD)

Arrestee's Address: **4551 N. KILBURN** City **CH**    State **IL**    Zip _____

### VEHICLE IDENTIFICATION

V.I.N.: **1GKDT13Z0M2514776**

Make: **GMC**    Yr.: **91**    Color: **RED**    Body Style: **4/DR**

Lic. Plate No: **3730758**    State: **IL**    Exp. Date: **06/06**

Under penalties as provided by law pursuant to Section 1–109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

Signature of Issuing Officer _____

**OCD REVIEW ONLY:**

**Reviewed Date** _____    **By:** _____

**EXHIBIT**
tabbies
**B**

☐ Lienholder only
☐ Declined
☐ Forfeiture Pending

White Copy—Vehicle Impoundment • Yellow Copy—Respondent • Pink Copy—Asset Forfeiture Unit, OCD • Gold Copy—Streets and Sanitation

(Rev. 03/05)    ***FOR VEHICLE RELEASE AND HEARING INFORMATION SEE BACK COVER***    RV100

184280-45-EL-3/05

**NOTICE: ANY PERSON INTERFERING WITH AN IMPOUNDED VEHICLE
IS SUBJECT TO ARREST AND PROSECUTION**

### VEHICLE RELEASE

Only the owner(s) of record (title holder(s)) of an impounded vehicle may secure the release of the vehicle. The owner of record or an authorized designee must appear in person at 400 West Superior, Department of Revenue, between the hours of 8:30 a.m and 4:30 p.m. Monday through Friday, and Saturday 8:30 a.m. and 3:30 p.m. (closed Sundays and legal holidays) with **proof of ownership** (title or bill of sale) and valid **identification** (driver's license or state identification card).

An impounded vehicle may be immediately released upon payment of a $500.00 administrative penalty ($750.00 if the impoundment was for violation of 9-112-555; $1000.00 if the impoundment was for violation of 7-24-225, 7-24-226, 8-8-060, or 8-20-015; $2000.00 if the impoundment was for a second or subsequent violation of 7-28-440) plus applicable towing and storage fees.

**HOWEVER,** no vehicle impounded under authority of Section 7-24-225 of the Municipal Code of Chicago shall be returned to the owner of record until the City receives notice from the appropriate State, or where applicable, federal officials that (i) forfeiture proceedings will not be instituted or (ii) forfeiture proceedings have concluded and there is a settlement or court order providing that the vehicle shall be returned to the owner of record.

**-Fees subject to change without notice-**

### NOTICE OF RIGHT TO A PRELIMINARY HEARING

In accordance with Section 2-14-132, the owner of record (title holder) of the impounded vehicle may request a preliminary impoundment hearing to determine whether there is probable cause for impoundment. A request for preliminary hearing must be made within 15 days of the impoundment at the Department of Administrative Hearings, 400 West Superior Street, Room 110, in Chicago during business hours 9:00 a.m. and 3:30 p.m. Monday through Friday, (closed Saturdays, Sundays, and legal holidays).

### NOTICE OF RIGHT TO A FULL HEARING

In accordance with Section 2-14-132 of the Municipal Code of Chicago, the owner of record (title holder) of an impounded vehicle may contest the impoundment by filing a written request for a hearing with the Department of Administrative Hearings. The owner of record seeking a hearing must file the request for hearing no later than 15 days after the date that the owner notification was mailed by the city. If the owner received the notification of impoundment by personal service, the request for a hearing must be filed within 15 days of such service. A hearing request may be submitted by mail, or in person (Monday through Friday, 9:00 a.m.–4:30 p.m.), to the Department of Administrative Hearings, 740 North Sedgwick Street, 2nd Floor, Chicago, Illinois 60610. An owner who files a timely hearing request will be notified of his or her hearing date and time by mail. *Request for hearing* forms are available from the Department of Administrative Hearings.

If the owner does not file a timely request for a full hearing, or if the owner requests a hearing but fails to appear at the scheduled hearing, a default finding of liability will be entered and an administrative penalty, storage and towing fees will be assessed. If the administrative penalty and other fees are not paid in full within 10 days after the expiration of the time within which judicial review of the finding of liability may be sought, the vehicle may be deemed unclaimed and sold or disposed of by the city.

- If you have questions regarding the impoundment call:
  The Vehicle Impound Unit at (312) 742-6121, Fax (312) 742-6150.

- If you have questions regarding a hearing call:
  The Department of Administrative Hearings at (312) 742-8475.

- If you have questions regarding forfeiture proceedings call:
  The Asset Forfeiture Unit at (312) 746-7146.

Environmental Auto Removal Inc.

6465141

| **ORT** ... **MENT** | 1. BEAT OF ASSIGNMENT 45816 N | 2. BEAT OF OCCURRENCE 1731 | 3. RD. NO. AM-396645 |
|---|---|---|---|

**...EDIATE (Check one)**

| | 5. IMPOUNDMENT (Check one) | 6. SEIZURE (Check one) |
|---|---|---|
| ☐ PARKED ON PRIVATE PROPERTY WITHOUT CONSENT OF PROPERTY OWNER/AGENT, VEHICLE OWNER UNKNOWN, AND A COMPLAINT (CPD-11.478) HAS BEEN SIGNED BY THE PROPERTY OWNER/AGENT. | ☐ CHILDREN ON THE STREETS AT NIGHT MCC B-16-020 | ☐ SEIZURE 625 ILCS 5/4-107(k) |
| ☐ TRAFFIC CRASH - VEHICLES WHICH CANNOT BE DRIVEN SAFELY FROM THE SCENE, ARE OBSTRUCTING THE FLOW OF TRAFFIC, OR CAUSING A HAZARDOUS CONDITION, AND THE OPERATOR IS UNWILLING/UNABLE TO OBTAIN TOW. | ☐ DUMPING ON REAL ESTATE WITOUT PERMIT MCC 7-28-440 | ☐ SEIZURE 720 ILCS 5/36-1 |
| ☐ ARRESTEE'S PROPERTY - MOTOR VEHICLE CONTROLLED BY ARRESTEE. | ☐ POSSESSION OF FIREARM IN MOTOR VEHICLE MCC 8-20-015 | ☐ FORFEITURE 720 ILCS 550/12 |
| ☐ HAZARD - MOTOR VEHICLE OBSTRUCTING TRAFFIC FLOW. INDICATE VIOLATION IN NARRATIVE. | ☐ SOUND DEVICE RESTRICTION MCC 11-4-111... | ☐ FORFEITURE 720 ILCS 570/505 |
| ☐ HIT & RUN - LEAVING THE SCENE OF A MOTOR VEHICLE ACCIDENT. WHEN VEHICLE CONNECTED WITH AN ADDITIONAL OFFENSE REQUESTED TO TOW FOR INVESTIGATION. | ☐ STREET SOLICITATION FOR PROSTITUTION MCC 8...060 | **7. OTHER (Check one)** |
| ☐ NO INSURANCE AND SUSPENDED OR NO DRIVER'S LICENSE (625 ILCS 6-101) - TOW OF A VEHICLE BELONGING TO AN INDIVIDUAL WHO HAS NO INSURANCE FOR THE VEHICLE AND NO DRIVER'S LICENSE OR WHOSE DRIVER'S LICENSE IS SUSPENDED OR REVOKED. | ☐ UNLAWFUL DRUGS IN MOTOR VEHICLE MCC 7-24-225 | ☐ HOLD FOR INVESTIGATION |
| | ☐ UNLICENSED PUBLIC PASSENGER VEHICLE MCC 9-112-555 | ☐ WANTED VEHICLE |
| ☐ PUBLIC ADMINISTRATOR'S/MEDICAL EXAMINER'S CASES - MOTOR VEHICLE OF DECEASED PERSON INVOLVED IN AN ESTATE OR MEDICAL EXAMINER'S CASE. | ☐ OTHER MCC VIOLATION (CITE VIOLATION IN NARRATIVE) | ☐ HOLD FOR CONFIDENTIAL VIN CHECK |
| ☐ STOLEN - TOW AUTHORIZED BY OWNER/COMPLAINANT. HAZARD OR RECOVERED VEHICLE ILLEGALLY PARKED, OR NEEDED FOR FURTHER INVESTIGATION. | ☐ OTHER ILCS VIOLATION (CITE VIOLATION IN NARRATIVE) | ☐ OTHER VIOLATION (CITE VIOLATION IN NARRATIVE) |

**NARCOTICS**

| 8. LOCATION OF VEHICLE 17 Dist 4650 N. Pulaski | 9. MOTOR VEHICLE INVENTORY NO. | POUND 91 | 10. YEAR |
|---|---|---|---|

| 11. MAKE GMC | 12. MODEL ☒ Jimmy | 13. BODY STYLE 4/DR | 14. VIN NO. 1GKDT13ZOM2514776 |
|---|---|---|---|

| 15. LICENSE PLATE NO. 3730758 | STATE FL | MO./YR./EXP. 06/06 | 16. CITY LICENSE NO. | CITY | EXP./YR. |
|---|---|---|---|---|---|

| 17. NAME ☐ OWNER ☒ ARRESTEE BRZOZOWSKI STANLEY | 18. ADDRESS 2550 N LINDEN LYDEN 4 FL | 19. HOME PHONE ( ) | 20. BUSINESS PHONE ( ) | 21. OWNERSHIP VERIFIED ☒ YES ☐ NO |
|---|---|---|---|---|
| 22. NAME ☐ DRIVER ☒ ARRESTEE MAZUR, KATHERINE | 23. ADDRESS 4559 N. Kilbourn | 24. HOME PHONE ( ) | 25. BUSINESS PHONE ( ) | 26. I.D. VERIFIED ☐ YES ☐ NO |
| 27. PERSONAL PROPERTY IN VEHICLE ☐ YES ☒ NO DESCRIBE IN NARRATIVE | 28. PROPERTY INVENTORY NO. | | | |

| 29. PROPERTY INVENTORIED BY - NAME | STAR NO. | DISTRICT | DATE/TIME |
|---|---|---|---|

## 30. VEHICLE INVENTORY

| EXTERIOR | NO | YES | | ENGINE COMPARTMENT | NO | YES | UNK | INTERIOR | NO | YES | UNK |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DOORS LOCKED | ☐ | ☒ | | AIR CONDITIONING | | | ☐ | AIR BAG DAMAGED (ATTEMPT THEFT) | ☐ | ☐ | |
| DOOR LOCKS PUNCHED | ☐ | ☐ NO.____ | | COMPRESSOR MISSING | ☐ | ☐ | ☐ | AIR BAG MISSING (THEFT) | ☐ | ☐ | |
| EXTERIOR DAMAGED | ☐ | ☒ NO.____ | | ALTERNATOR/GENERATOR MISSING | ☐ | ☐ | ☐ | COMPUTER MICRO PROCCESSOR CHIP MISSING | ☐ | ☐ | |
| GLASS BROKEN | ☐ | ☐ NO.____ | | BATTERY MISSING | ☐ | ☐ | | C.B. RADIO IN VEHICLE | ☐ | ☐ | |
| HUB CAPS MISSING | ☐ | ☐ NO.____ | | CARBURETOR MISSING | ☐ | ☐ | | C.D. PLAYER IN VEHICLE | ☐ | ☐ | |
| SUN ROOF MISSING | ☐ | ☐ D-N-A | | ENGINE MISSING | ☐ | ☐ | | CUSHIONS MISSING | ☐ | ☐ | |
| TIRE(S) MISSING | ☐ | ☐ NO.____ | | RADIATOR MISSING | ☐ | ☐ | | GLOVE BOX LOCKED | ☐ | ☐ | |
| TIRE(S) SWITCHED | ☐ | ☐ NO.____ | | STARTER MISSING | ☐ | ☐ | | IGNITION DAMAGED/PULLED | ☐ | ☐ | |
| T-TOP MISSING | ☐ | ☐ NO.____ | | TRANSMISSION MISSING | ☐ | ☐ | | INTERIOR DAMAGED | ☐ | ☐ | |
| WHEELS MISSING | ☐ | ☐ NO.____ | | OTHER - SPECIFY | | | | KEYS IN VEHICLE | ☐ | ☐ | |
| SPARE TIRE IN VEHICLE | ☐ | ☐ UNK | | | | | | REAR SEAT CUSHIONS PULLED | ☐ | ☐ | |
| TOOLS IN VEHICLE | ☐ | ☐ UNK | | | | | | RADIO MISSING | ☐ | ☐ | |
| TRUNK LOCKED | | | | | | | | SEATS MISSING | ☐ | ☐ | |
| TRUNK LOCK PUNCHED | | | | | | | | TAPE PLAYER IN VEHICLE | ☐ | ☐ | |
| OTHER - SPECIFY | | | | | | | | OTHER - SPECIFY | ☐ | ☐ | |

**EXHIBIT**

**C**

tabbies®

| 31. FOLLOW-UP INVESTIGATING UNIT NOTIFIED BY | | ...FIED | UNIT NOTIFIED | DATE/TIME |
|---|---|---|---|---|

| 33. OFFICER REQUESTING TOW GONZALEZ | STAR NO. 10516 | UNIT/ASSIGN. 04/215 | 34. OFFICER REQUESTING TOW SINGH | STAR NO. 12930 | UNIT/ASSIGN. 04/215 |
|---|---|---|---|---|---|

| 35. STREETS AND SANITATION NO. 074528 | 36. DATE/TIME TOW ORDERED 06 JUN 06 / 0950 | 37. DATE/TIME INVESTIGATION COMPLETED 06 JUN 06 / 1800 |
|---|---|---|

| 38. TOW DRIVER'S NAME | TRUCK NO. 1571-7 | DATE/TIME 06/06/1536 | 39. SUPERVISOR APPROVING | STAR NO. | DATE/TIME |
|---|---|---|---|---|---|

CPD-11.413 (REV. 6/99)                    LIST DISCREPANCIES IN THE NARRATIVE ON THE REVERSE SIDE.

**40. NARRATIVE**

R.D. NO.

I HAVE READ THIS REPORT AND BY MY SIGNATURE INDICATE THAT IT IS ACCEPTABLE. | SUPERVISOR'S SIGNATURE | STAR NO. | DATE (DAY-MO-YR.)

# MOTOR VEHICLE INVENTORY REPORT

| YEAR | MAKE | BODY STYLE | COLOR | V.I.N. |
|---|---|---|---|---|
| 91 | GMC | L/L | MAR | 1GKDT13Z0M2514776 |

ODOMETER READING

| STATE LICENSE NUMBER | STATE | MO/YR. EXP | PLATES |
|---|---|---|---|
| 3730758 | IL | 06/06 | 2 |

PROPERTY INVENTORY NO. **6074528**  UNIT

| ARRIVED AT POUND Day 06 Mo. Jun Yr. 06 | CITY LICENSE NO. NONE | CITY | MO/YR. EXP N\A |
|---|---|---|---|

RECOVERED BY - NAME   STAR NO. **10516**   UNIT

RECOVERED FROM  Beat 17  Address 4650 N PULASKI

NAME OF DRIVER   TRUCK NO. **1571**

OWNER'S NAME   HOME TELEPHONE

ENTERED INTO COMPUTER BY   DELETED BY

OWNER'S ADDRESS

POST TOW HEARING  ☐ YES  ☐ NO

| CITY | STATE | ZIP CODE | TIME RECEIVED 12:35:22 |
|---|---|---|---|

DATE OF HEARING (DAY - MO. - YR.)   TIME

REASON TOWED   NARCOTICS   POUND 6   YARD LOCATION Drop

## EXTERIOR

| | NO | YES | |
|---|---|---|---|
| DOORS LOCKED | ☐ | ☒ | |
| EXTERIOR DAMAGED | ☒ | ☐ | (Explain in Remarks) |
| GLASS BROKEN | ☒ | ☐ | (Explain in Remarks) |
| HUB CAPS MISSING | ☒ | ☐ | No. 0 |
| TIRES MISSING | ☒ | ☐ | 0 |
| APPARENT TIRE SWITCH | ☒ | ☐ | |
| WHEELS MISSING | ☒ | ☐ | |
| SUN ROOF MISSING | | | N/A |
| T-TOP MISSING | | | |
| OTHER - SPECIFY | | | |

| | NO | YES | |
|---|---|---|---|
| TRUNK LOCKED | ☐ | ☒ | |
| TRUNK LOCK PUNCHED | ☒ | ☐ | |
| SPARE TIRE IN VEHICLE | ☒ | ☐ | ☐ Unknown |
| TOOLS IN VEHICLE | ☒ | ☐ | ☐ Unknown |
| OTHER - SPECIFY | | | |

## ENGINE COMPARTMENT

| | YES | NO | |
|---|---|---|---|
| ENGINE MISSING | ☐ | NA | |
| BATTERIES MISSING | ☐ | NA | |
| CARBURETOR MISSING | | | |
| RADIATOR MISSING | | NA | |
| AIR CLEANER MISSING | | NA | |
| RADIATOR MISSING | | NA | |
| TRANSMISSION MISSING | | NA | |
| AIR CONDITIONING COMPRESSOR MISSING | | NA | |
| OTHER - SPECIFY | | | |

JIMMY

## INTERIOR

| | NO | YES | |
|---|---|---|---|
| KEYS IN CAR | ☒ | ☐ | No. |
| IGNITION DAMAGED / PULLED | ☐ | ☒ | |
| GLOVE BOX LOCKED | ☐ | ☒ | |
| SEATS MISSING | ☒ | ☐ | No. 0 |
| CUSHIONS MISSING | ☒ | ☐ | |
| AIR SEATS PULLED | ☒ | ☐ | |
| RADIO MISSING | ☒ | ☐ | |
| LIGHTERS MISSING | ☒ | ☐ | |
| TAPE PLAYER IN CAR | ☒ | ☐ | |
| C.B. RADIO | ☒ | ☐ | |
| DASHBOARD DAMAGED / MISSING | ☒ | ☐ | |
| OTHER - SPECIFY | | | |

INVENTORIED BY (Print Name)   **DAV**

DATE POUND CLERK RECEIVED FILE

LOCAL OR FOREIGN STEAL

☒ DRIVABLE   ☐ NOT DRIVABLE   R.D. NO. HM-396645

NOTIFIED BY - NAME - STAR / EMPLOYEE NUMBER

DATE NOTIFIED BY PHONE   TIME   PERSON NOTIFIED

DATE TRANSFERRED   CHARGES   FROM   TO   RECEIVED BY - NAME - STAR/EMPLOYEE NO.

## REMARKS

SPECIFY/DESCRIBE MISSING OR DAMAGED DOORS, FENDERS, HOOD, BUMPERS, ETC.

DS-Side Scrtchd,BS-Trunk Scrtchd,BS-Bumpr Dented,PS-Side Scrtchd,PS-Frnt Fndr Dented,FS-Hood Scrtchd

FS-Bumpr Dented

HOLD  ☐ NO  ☐ YES   IF YES  ☐ 5 DAY  ☐ EXTENDED   REASON

## DISPOSITION OF VEH. To be completed after Veh. is sold or released

☐ SOLD   DATE SOLD   PURCHASER NAME   ADDRESS

☐ RELEASED   RELEASED TO - NAME   ADDRESS

DRIVERS LICENSE NO.   IDENTIFICATION USED FOR RELEASE   RECEIPT NO.   AMOUNT $

RELEASED BY - NAME   STAR / EMPLOYEE NO.   DATE RELEASED   TIME

Stolen Auto Check   DATE MADE   MADE BY - NAME   SECRETARY OF STATE CHECK   MADE BY - NAME

EXHIBIT  D

Page: 1 Document Name: untitled

```
HD70                        VEHICLE INQUIRY
                                                          06 JU
                                                          1339
ENTER: HOT CHECK?   Y        CUSTODY? Y    BEAT/STAR 17
       LIC NUMBER 3730758        LIT TK  LIS IL
   OR  VIN NUMBER  _____           OR              LIY __
   OR  RD NUMBER   _____     _____  OR  CHICAGO CITY TAG
------------------------------------------  OR  TOW INV / PT NUM _____ _
                                                                 _____
 _   TOW IN POUND           LIC: 3730758  TK  IL  06  06 VIN: 1GKDT13Z0M2514776
  TAG:                  VEH: 91 GMC  LL  MODEL: TK  MAR MAR   TOW: 1722  06 JU
   RD: M396645         NAME:
  PND 06 06468141  FROM: 04650 N PULASKI
MISC: DRUG TOW
```

F1=HELP    F2=NEXT    F3=PREVIOUS    F7=LEADS    F9=VIEW    F12=EXIT

Date: 6/6/2006 Time: 01:38:59 PM

EXHIBIT

E

```
HD50                    TOW VEHICLE          * CLEAR *
                                        TOW IN POUND          06 JUN
LIC 3730758   LIT TK  LIS  IL  LIY  06  LIM  06      RD  M396645   1338
VIN 1GKDT13Z0M2514776                            TAG           CHI?
INV 06468141          STREETS & SANITATION NUMBER 06074528

OCC:BEAT 1722   OCC:DATE 06 JUN 06
VEHICLE  YEAR  91 MAKE GMC  MODEL TK  STYLE LL COLOR  MAR  /  MAR
TOWED FROM     04650 N PULASKI
TYPE OF TOW    I  IMMEDIATE          TOW DATE 06 JUN 06
TRUCK/LICENSE  1571                  POUND NUMBER  06  701 N SACRAMENTO

REASON    16   NARCOTICS


OWNER NOTIFIED?      HOLD FOR INVESTIGATION?
RELEASE TYPE
CANCEL TOW?          BEAT            RELEASE DATE
                                    CANCEL  DATE

MISCELLANEOUS:
    DRUG TOW


    F1=HELP  F2=NEXT  F3=PREV  F4=ADD  F5=UPDATE  F7=LEADS  F12=EXIT
HDC056 CLEAR IN HOT DESK - CHECK LEADS RESPONSES
```

Date: 6/6/2006 Time: 01:38:45 PM

HD80                          LEADS RESPONSES                        07 JUN 06
                                                                     1513   VV
                                              PAGE   02

1L01 NCIC RESPONSE
ILCPD00L3
NO RECORD VIN/1GKDT13Z0M2514776

F1=HELP     F2=NEXT     F3=PREV     F9=VIEW ALL    F10=ERASE    F11=STATUS    F12=EXIT
HDL010    ALL LEADS RESPONSES RECEIVED SO FAR HAVE BEEN DISPLAYED

# CHECKLIST FOR RUNNING ALL 50 STATES

| REGION A1 | REGION B | REGION C1 | REGION D1 |
|---|---|---|---|
| CT ✓ | DE ✓ | KY ✓ | AL ✓ |
| ME ✓ | NJ ✓ | NC ✓ | AR |
| MA ✓ | PA ✓ | SC ✓ | FL |
| NH | MD *nothing* | TN ✓ | GA ✓ |
| RI ✓ | NY ✓ | VA ✓ | LA ✓ |
| VT ✓ | DC ✓ | WV ✓ | MS ✓ |

| REGION E1 | REGION F1 | REGION G1 | REGION H1 |
|---|---|---|---|
| IL ✓ | IA ✓ | AZ ✓ | AK ✓ |
| IN ✓ | MN ✓ | CO ✓ | CA ✓ |
| MI ✓ | MT ✓ | KS ✓ | HI ✓ |
| MO *No Rep* | NB ✓ | NM ✓ | ID ✓ |
| OH ✓ | ND | OK ✓ | NV ✓ |
| WI | SD ✓ | TX ✓ | OR ✓ |
|  | WY ✓ | UT | WA ✓ |

## CHECK OFF THE PROPER STATES AFTER RUNNING YOUR
## REGIONAL CODES TO SHOW THAT ALL STATES WERE RUN

V.I.N. 1 G K D I 3 Z o m 2 5 1 4 7 7 6

INVENTORY 6468141          DATE  June 7, 2006

INITIALS  BN

## ATTACH TO THE BACK OF THE INVENTORY SHEET WHEN COMPLETED



**EXHIBIT**

tabbies

F

```
HD80                        LEADS RESPONSES                    07 JUN 06
                                                              1513   VV
                                            PAGE   01

  SOS  06072006  1514
  SOS23  NO RECORD ON FILE-SEARCH KEY 1GKDT13Z0M2514776
  VIN/1GKDT13Z0M2514776.

                    **** END OF MESSAGE ****
  XCX NO REC LEADS     VIN/1GKDT13Z0M2514776


  SOS  06072006  1514
  STA/VALID  VAL/06292005  TTL/H5860235
  3730758 062006  ORIG PLT  LIC STX/6F1042697
  BRZOZOWSKI STANLEY--MULT OWNER
  BRZOZOWSKI CAMY
  2550 N LANDEN  LYDEN TOWNSHIP  60164
  B622-7805-0158
  1GKDT13Z0M2514776  1991 GMC VAN
  STATUS UNAVAILABLE  REF PLT/3730758  EXP/062005


  F1=HELP   F2=NEXT   F3=PREV   F9=VIEW ALL   F10=ERASE   F11=STATUS   F12=EXIT
  HDC035  PRESS F2 TO VIEW ADDITIONAL RECORDS
```



EXHIBIT

G

Date: 6/7/2006 Time: 03:13:57 PM

Page: 1 Document Name: untitled

HD80                              LEADS RESPONSES

                                                                    06 JU
                                                                    1340
XCX NO REC LEADS      VIN/1GKDT13Z0M2514776              PAGE   01
                    **** END OF MESSAGE ****

SOS  06062006  1341
SOS23  NO RECORD ON FILE-SEARCH KEY 1GKDT13Z0M2514776
VIN/1GKDT13Z0M2514776.


SOS  06062006  1341
STA/VALID  VAL/06292005   TTL/H5860235
3730758 062006  ORIG PLT   LIC STX/6F1042697
BRZOZOWSKI STANLEY--MULT OWNER
BRZOZOWSKI CAMY
2550 N LANDEN  LYDEN TOWNSHIP   60164
B622-7805-0158
1GKDT13Z0M2514776  1991 GMC VAN
STATUS UNAVAILABLE  REF PLT/3730758  EXP/062005

F1=HELP   F2=NEXT   F3=PREV   F9=VIEW ALL   F10=ERASE   F11=STATUS   F12=E
HDC035  PRESS F2 TO VIEW ADDITIONAL RECORDS

Date: 6/6/2006 Time: 01:40:27 PM



| AUTO POUND:<br>POUND #6 | INVENTORY NO:<br>6468141 |
|---|---|
| POUND LOCATION:<br>701 N. Sacramento | MAKE OF VEHICLE:<br>General Motors Corp. |
| POUND HOURS:<br>24 Hours | DATE TOWED:<br>JUN 6, 2006 |
| POUND PHONE NO:<br>(773) 265-7605 | |

Date: June 8, 2006

## Request for Hearing

Owner of Record:

CAMY BRZOZOWSKI
2550 N LANDEN
NORTHLAKE, IL 60164

Vehicle Identification: 1GKDT13Z0M2514776
Lic Plate No: 3730758; State: Illinois; Mo/Yr: 06/2006

Reason for Impoundment: 7-24-225    Unlawful drugs in motor vehicle.

The undersigned owner of record, pursuant to Section 2-14-132 of the Municipal Code of Chicago, herby requests a hearing to contest the impoundment of the above identified vehicle.

PLEASE TAKE NOTICE, ONLY THE OWNER OF RECORD MAY REQUEST A HEARING.

A Request for Hearing must be filed by mail or in person (Monday through Friday, 9:00am to 4:30pm) with the Department of Administrative Hearings, Municipal Hearing Divisions, Vehicle Impoundment Section, 740 North Sedgwick, 2nd Floor, Chicago, Illinois 60610 within fifteen (15) days of the date the owner notification was mailed by the City. If the owner notification was personally served, the request for hearing must be filed within 15 days from the date of such service. An owner of record who files a timely Request of Hearing form will be notified of the hearing date and time by mail.

If the owner of records requests a hearing but fails to appear at the hearing or fails to request a hearing within fifteen (15) days, the owner of record shall be deemed to have waived his or her right to a hearing and a default finding of liability shall be entered. If the vehicle remains impounded at the time of default, the default judgment shall include the amount of the administrative penalty prescribed for the violation, plus towing and storage fees.

Any vehicle that is not reclaimed within ten (10) days after the expiration of time during which the owner of record may seek judicial review of a finding of liability under Section 2-14-132 of the Municipal Code of Chicago may be deemed unclaimed and disposed of by the City.

YOU SHOULD ONLY BE FILLING THIS FORM OUT IF YOUR CAR WAS IMPOUNDED FOR ONE OF THE FOLLOWING REASONS: NARCOTICS, GUNS, PROSTITUTION, FLY DUMPING, CURFEW, LOUD MUSIC, DRIVING WHILE INTOXICATED, FALSE, STOLEN, OR ALTERED TEMPORARY REGISTRATION PLATES, FIREWORKS.

Date:_____

_____
Owner of Record

DEPUTY COMMISSIONER
BUREAU OF TRAFFIC SERVICES

**EXHIBIT**

tabbies  H

| | Date: June 8, 2006 | |
|---|---|---|
| CITY OF CHICAGO | AUTO POUND: POUND #6 | INVENTORY NO 6468141 |
| | POUND LOCATION: 701 N. Sacramento | MAKE OF VEHICLE: General Motors Corp. |
| | POUND HOURS: 24 Hours | DATE TOWED: JUN 6, 2006 |
| | POUND PHONE NO: (773) 265-7605 | |

## Owner Notification

Owner of Record:

CAMY BRZOZOWSKI
2550 N LANDEN
NORTHLAKE, IL 60164

Vehicle Identification: 1GKDT13Z0M2514776
Yr: 1991; Color: Maroon; Body Style: Carryall
Lic Plate No: 3730758; State: Illinois; Mo/Yr: 06/2006

You are hereby advised that a motor vehicle titled in your name was impounded by the City of Chicago on JUN 6, 2006 under authority granted by the Municipal Code of Chicago, section(s):

7-24-225   Unlawful drugs in motor vehicle.

An impounded vehicle may be immediately released upon payment of a $500.00 administrative penalty ($750.00 if the impoundment was for violation of 9-112-555; $1000.00 if the impoundment was for violation of 7-24-225, 7-24-226, 8-8-060, or 8-20-015; $2000.00 if the impoundment was for a second or subsequent violation of 7-28-440) plus applicable towing and storage fees. The owner may secure the release of the vehicle by paying the appropriate penalty and fees by cash, credit card, or certified/cashier's check in person at the Central Hearing Facility, 400 W. Superior between the hours of 8:30 am - 4:30 pm Monday through Friday and Saturdays 8:30 am - 3:30 pm (closed Sundays and legal holidays). A leinholder may obtain possession of the impounded vehicle upon payment of applicable towing and storage fees and submission of required documents. Leinholders may obtain additional information by calling (312)742-6121.

PRELIMINARY HEARING:  The owner of record (title holder) of the impounded vehicle may request a preliminary impoundment hearing to determine whether there is probable cause for continued impoundment.  A request for preliminary hearing must be made within 15 days of the  impoundment at the Central Hearing Facility, 400 West Superior Street, between 9:00 am - 3:30 pm Monday through Friday (closed Saturday, Sunday and legal holidays).  For owners requesting a preliminary hearing for an impoundment under 3-46-076, 4-68-195 and 9-112-555 only; Saturday hours are 9:00 am - 3:00 pm.

PLEASE TAKE NOTICE that pursuant to the Municipal Code of Chicago, you may contest this charge by filing a written request for a FULL HEARING before the Department of Administrative Hearings within fifteen (15) days of the date this notice was mailed. The enclosed Request for Hearing form may be submitted by mail or in person to the Department of Administrative Hearings, 740 N. Sedgwick Street, 2nd floor, Chicago, IL 60610. If you have any questions please call (312)742-6121.

The full hearing will determine whether you are liable to the City of Chicago for an administrative penalty plus towing and storage fees. You may be represented by counsel and may produce witnesses and introduce evidence on your behalf at the hearing.

If you fail to file a timely request for a full hearing or if you request a hearing but fail to appear at the scheduled hearing, a default finding of liability will be entered against you in the amount of the administrative penalty plus towing and storage fees.  If the administrative penalty and other fees are not paid in full within ten (10) days after the expiration of the time within which judicial review of the finding of liability may be sought, YOUR VEHICLE MAY BE DEEMED UNCLAIMED AND DISPOSED OF BY THE CITY.

DEPUTY COMMISSIONER
BUREAU OF TRAFFIC SERVICES

Date: June 8, 2006



| AUTO POUND:<br>POUND #6 | INVENTORY NO:<br>6468141 |
|---|---|
| POUND LOCATION:<br>701 N. Sacramento | MAKE OF VEHICLE:<br>General Motors Corp. |
| POUND HOURS:<br>24 Hours | DATE TOWED:<br>JUN 6, 2006 |
| POUND PHONE NO:<br>(773) 265-7605 | |

## Request for Hearing

Owner of Record:

STANLEY BRZOZOWSKI
2550 N LANDEN
NORTHLAKE, IL 60164

Vehicle Identification: 1GKDT13Z0M2514776
Lic Plate No: 3730758; State: Illinois; Mo/Yr: 06/2006

Reason for Impoundment: 7-24-225     Unlawful drugs in motor vehicle.

The undersigned owner of record, pursuant to Section 2-14-132 of the Municipal Code of Chicago, herby requests a hearing to contest the impoundment of the above identified vehicle.

PLEASE TAKE NOTICE, ONLY THE OWNER OF RECORD MAY REQUEST A HEARING.

A Request for Hearing must be filed by mail or in person (Monday through Friday, 9:00am to 4:30pm) with the Department of Administrative Hearings, Municipal Hearing Divisions, Vehicle Impoundment Section, 740 North Sedgwick, 2nd Floor, Chicago, Illinois 60610 within fifteen (15) days of the date the owner notification was mailed by the City. If the owner notification was personally served, the request for hearing must be filed within 15 days from the date of such service. An owner of record who files a timely Request of Hearing form will be notified of the hearing date and time by mail.

If the owner of records requests a hearing but fails to appear at the hearing or fails to request a hearing within fifteen (15) days, the owner of record shall be deemed to have waived his or her right to a hearing and a default finding of liability shall be entered. If the vehicle remains impounded at the time of default, the default judgment shall include the amount of the administrative penalty prescribed for the violation, plus towing and storage fees.

Any vehicle that is not reclaimed within ten (10) days after the expiration of time during which the owner of record may seek judicial review of a finding of liability under Section 2-14-132 of the Municipal Code of Chicago may be deemed unclaimed and disposed of by the City.

YOU SHOULD ONLY BE FILLING THIS FORM OUT IF YOUR CAR WAS IMPOUNDED FOR ONE OF THE FOLLOWING REASONS: NARCOTICS, GUNS, PROSTITUTION, FLY DUMPING, CURFEW, LOUD MUSIC, DRIVING WHILE INTOXICATED, FALSE, STOLEN, OR ALTERED TEMPORARY REGISTRATION PLATES, FIREWORKS.

Date:_____

_____
Owner of Record

DEPUTY COMMISSIONER
BUREAU OF TRAFFIC SERVICES



BUREAU OF TRAFFIC SERVICES

Date: June 8, 2006



| AUTO POUND:<br>POUND #6 | INVENTORY NO:<br>6468141 |
|---|---|
| POUND LOCATION:<br>701 N. Sacramento | MAKE OF VEHICLE:<br>General Motors Corp. |
| POUND HOURS:<br>24 Hours | DATE TOWED:<br>JUN 6, 2006 |
| POUND PHONE NO:<br>(773) 265-7605 | |

### Owner Notification

Owner of Record:

STANLEY BRZOZOWSKI
2550 N LANDEN
NORTHLAKE, IL 60164

Vehicle Identification: 1GKDT13Z0M2514776
Yr: 1991; Color: Maroon; Body Style: Carryall
Lic Plate No: 3730758; State: Illinois; Mo/Yr: 06/2006

You are hereby advised that a motor vehicle titled in your name was impounded by the City of Chicago on JUN 6, 2006 under authority granted by the Municipal Code of Chicago, section(s):

7-24-225    Unlawful drugs in motor vehicle.

An impounded vehicle may be immediately released upon payment of a $500.00 administrative penalty ($750.00 if the impoundment was for violation of 9-112-555; $1000.00 if the impoundment was for violation of 7-24-225, 7-24-226, 8-8-060, or 8-20-015; $2000.00 if the impoundment was for a second or subsequent violation of 7-28-440) plus applicable towing and storage fees. The owner may secure the release of the vehicle by paying the appropriate penalty and fees by cash, credit card, or certified/cashier's check in person at the Central Hearing Facility, 400 W. Superior between the hours of 8:30 am - 4:30 pm Monday through Friday and Saturdays 8:30 am - 3:30 pm (closed Sundays and legal holidays). A leinholder may obtain possession of the impounded vehicle upon payment of applicable towing and storage fees and submission of required documents. Leinholders may obtain additional information by calling (312)742-6121.

PRELIMINARY HEARING: The owner of record (title holder) of the impounded vehicle may request a preliminary impoundment hearing to determine whether there is probable cause for continued impoundment. A request for preliminary hearing must be made within 15 days of the impoundment at the Central Hearing Facility, 400 West Superior Street, between 9:00 am - 3:30 pm Monday through Friday (closed Saturday, Sunday and legal holidays). For owners requesting a preliminary hearing for an impoundment under 3-46-076, 4-68-195 and 9-112-555 only; Saturday hours are 9:00 am - 3:00 pm.

PLEASE TAKE NOTICE that pursuant to the Municipal Code of Chicago, you may contest this charge by filing a written request for a FULL HEARING before the Department of Administrative Hearings within fifteen (15) days of the date this notice was mailed. The enclosed Request for Hearing form may be submitted by mail or in person to the Department of Administrative Hearings, 740 N. Sedgwick Street, 2nd floor, Chicago, IL 60610. If you have any questions please call (312)742-6121.

The full hearing will determine whether you are liable to the City of Chicago for an administrative penalty plus towing and storage fees. You may be represented by counsel and may produce witnesses and introduce evidence on your behalf at the hearing.

If you fail to file a timely request for a full hearing or if you request a hearing but fail to appear at the scheduled hearing, a default finding of liability will be entered against you in the amount of the administrative penalty plus towing and storage fees. If the administrative penalty and other fees are not paid in full within ten (10) days after the expiration of the time within which judicial review of the finding of liability may be sought, YOUR VEHICLE MAY BE DEEMED UNCLAIMED AND DISPOSED OF BY THE CITY.

DEPUTY COMMISSIONER
BUREAU OF TRAFFIC SERVICES

BUREAU OF TRAFFIC SERVICES

Date: June 8, 2006



| AUTO POUND:<br>POUND #6 | INVENTORY NO:<br>6468141 |
|---|---|
| POUND LOCATION:<br>701 N. Sacramento | MAKE OF VEHICLE:<br>General Motors Corp. |
| POUND HOURS:<br>24 Hours | DATE TOWED:<br>JUN 6, 2006 |
| POUND PHONE NO:<br>(773) 265-7605 | |

## Owner Notification

Owner of Record:

KATHERINE MAZUR
4559 N KILBOURNE
CHICAGO, IL 60639

Vehicle Identification: 1GKDT13Z0M2514776
Yr: 1991; Color: Maroon; Body Style: Carryall
Lic Plate No: 3730758; State: Illinois; Mo/Yr: 06/2006

You are hereby advised that a motor vehicle titled in your name was impounded by the City of Chicago on JUN 6, 2006 under authority granted by the Municipal Code of Chicago, section(s):

7-24-225   Unlawful drugs in motor vehicle.

An impounded vehicle may be immediately released upon payment of a $500.00 administrative penalty ($750.00 if the impoundment was for violation of 9-112-555; $1000.00 if the impoundment was for violation of 7-24-225, 7-24-226, 8-8-060, or 8-20-015; $2000.00 if the impoundment was for a second or subsequent violation of 7-28-440) plus applicable towing and storage fees. The owner may secure the release of the vehicle by paying the appropriate penalty and fees by cash, credit card, or certified/cashier's check in person at the Central Hearing Facility, 400 W. Superior between the hours of 8:30 am - 4:30 pm Monday through Friday and Saturdays 8:30 am - 3:30 pm (closed Sundays and legal holidays). A leinholder may obtain possession of the impounded vehicle upon payment of applicable towing and storage fees and submission of required documents.  Leinholders may obtain additional information by calling (312)742-6121.

PRELIMINARY HEARING:  The owner of record (title holder) of the impounded vehicle may request a preliminary impoundment hearing to determine whether there is probable cause for continued impoundment.  A request for preliminary hearing must be made within 15 days of the  impoundment at the Central Hearing Facility, 400 West Superior Street, between 9:00 am - 3:30 pm Monday through Friday (closed Saturday, Sunday and legal holidays).  For owners requesting a preliminary hearing for an impoundment under 3-46-076, 4-68-195 and 9-112-555 only; Saturday hours are 9:00 am - 3:00 pm.

PLEASE TAKE NOTICE that pursuant to the Municipal Code of Chicago, you may contest this charge by filing a written request for a FULL HEARING before the Department of Administrative Hearings within fifteen (15) days of the date this notice was mailed.  The enclosed Request for Hearing form may be submitted by mail or in person to the Department of Administrative Hearings, 740 N. Sedgwick Street, 2nd floor, Chicago, IL 60610. If you have any questions please call (312)742-6121.

The full hearing will determine whether you are liable to the City of Chicago for an administrative penalty plus towing and storage fees. You may be represented by counsel and may produce witnesses and introduce evidence on your behalf at the hearing.

If you fail to file a timely request for a full hearing or if you request a hearing but fail to appear at the scheduled hearing, a default finding of liability will be entered against you in the amount of the administrative penalty plus towing and storage fees.  If the administrative penalty and other fees are not paid in full within ten (10) days after the expiration of the time within which judicial review of the finding of liability may be sought, YOUR VEHICLE MAY BE DEEMED UNCLAIMED AND DISPOSED OF BY THE CITY.

DEPUTY COMMISSIONER
BUREAU OF TRAFFIC SERVICES

EXHIBIT

tabbies'

J



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

Sent To
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

**EXHIBIT**

tabbies™    K

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

PS Form 3800, June 2002                See Reverse for Ins

7005 2570 0002 1247 0013

---

Name and Address of Sender

Check type of mail or service:
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured

☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

Affix Stamp Here
(If issued as a
certificate of mailing,
or for additional
copies of this bill)

Postmark and
Date of Receipt

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge |
|---|---|---|---|---|---|
| 1. | 7005 2570 0002 1247 0013 | 0740000B | | | |
| 2. | 7005 2570 0002 1247 0006 | 73 | | | |
| 3. | 7005 2570 0002 1246 9994 | 8204 | | | |
| 4. | 7005 2570 0002 1246 9987 | 8008 | | | |
| 5. | 7005 2570 0002 1246 9970 | 8008 | | | |
| 6. | 7005 2570 0002 1246 9963 | 8198 | | | |
| 7. | 7005 2570 0002 1246 9956 | 8185 | | | |
| 8. | 7005 2570 0002 1246 9949 | 1116 | | | |

HAYMARKET STATION
JUN - 9 2006
CHICAGO, IL 60661

Total Number of Pieces
Listed by Sender

Total Number of Pieces
Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

PS Form 3877, February 2002 (Page 1 of 2)

U.S. Postal Service™

CERTIFIED MAIL™ RECEIPT

(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

PS Form 3800, June 2002　　　　See Reverse for Instructions

7005 2570 0002 1246 9932

Postmark
Here

Return Receipt

Restricted Delivery

Special Handling

Signature Confirmation

Delivery Confirmation

HAYMARKET STATION
JUN – 9 2006
CHICAGO IL

See Privacy Act Statement on Reverse

---

Name and Address of Sender

Check type of mail or service:
☐ Certified
☐ COD
☐ Delivery Confirmation
☐ Express Mail
☐ Insured
☐ Recorded Delivery (International)
☐ Registered
☐ Return Receipt for Merchandise
☐ Signature Confirmation

| | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Affix Stamp Here (If issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt |
|---|---|---|---|---|---|---|
| 1. | 7005 2570 0002 1246 9932 | 6698144 | | | | |
| 2. | 7005 2570 0002 1246 9925 | 41 | | | | |
| 3. | 7005 2570 0002 1246 9918 | 02 | | | | |
| 4. | 7005 2570 0002 1246 9901 | 02 | | | | |
| 5. | 7005 2570 0002 1246 9895 | 02 | | | | |
| 6. | 7005 2570 0002 1246 9888 | 01 | | | | |
| 7. | 7005 2570 0002 1246 9871 | 01 | | | | |
| 8. | 7005 2570 0002 1246 9864 | 01 | | | | |

Total Number of Pieces Listed by Sender / Total Number of Pieces Received at Post Office

Postmaster, Per (Name of receiving employee)

Complete by Typewriter, Ink, or Ball Point Pen

PS Form 3877, February 2002 (Page 1 of 2)

**CITY OF CHICAGO**
**DEPARTMENT OF ADMINISTRATIVE HEARINGS**
**MUNICIPAL HEARING DIVISION**
**VEHICLE IMPOUNDMENT SECTION**

7-6
2pm

### REQUEST FOR HEARING

Owner of Record
Name: Stanley Brzozowski
Address: 2550 N. Landen
City: North Lake          State: Ill          Zip: 60164
Phone #: 708-614-3252
Driver of vehicle at time of impoundment (if known): Stanley T. Brzozowski

Vehicle Identification
V.I.N.: 1GKDT13ZOM2514776
Lic. Plate No.: 3730758
Make: GMC 1991                  Body Style: 4-Door

Inventory No.: 6468141
Date of Impoundment: 6-6-06
Reason for Impoundment: (e.g. narcotics, loud music) _____

The undersigned owner of record, pursuant to Section 2-14-132 of the Municipal Code of Chicago, hereby requests a hearing to contest the impoundment of the above identified vehicle.

PLEASE TAKE NOTICE, ONLY THE OWNER OF RECORD MAY REQUEST A HEARING-

     A Request for Hearing must be filed by mail or in person (Monday through Friday, 9:00 am to 4:30 pm) with the Department of Administrative Hearings, Municipal Hearings Division, Vehicle Impoundment Section, 740 North Sedgwick Street, 2nd Floor, Chicago, Illinois 60610 within fifteen (15) days of the date the owner notification was mailed by the City. If the owner notification was personally served, the request for hearing must be filed with 15 days from the date of such service. An owner of record who files a timely Request for Hearing form will be notified of the hearing date and time by mail.

     If the owner of record requests a hearing but fails to appear at the hearing, or fails to request a hearing in a timely manner, the owner of record shall be deemed to have waived his or her rights to a hearing and a default finding of liability shall be entered. If the vehicle remains impounded at the time of the default, the default judgment shall include the amount of the administrative penalty prescribed for the violation, plus towing and storage fees.

     Any vehicle that is not reclaimed within ten (10) days after the expiration of the time during which the owner of record may seek judicial review of a finding of liability under Section 2-14-132 of the Municipal Code of Chicago may be deemed unclaimed and disposed by the City.

YOU SHOULD ONLY BE FILLING THIS FORM OUT IF YOUR CAR WAS IMPOUNDED FOR ONE OF THE FOLLOWING REASONS: NARCOTICS, GUNS, PROSTITUTION, FLY DUMPING, CURFEW, LOUD MUSIC, DRIVING WHILE INTOXICATED, FALSE, STOLEN OR ALTERED TEMPORARY REGISTRATION PLATE, FIREWORKS, UNLAWFUL OPERATION OF GROUND TRANSPORTATION VEHICLE, SOLICITATION OF PASSENGERS FOR HIRE OR UNLICENSED AMBULANCE.

Date: 6-8-06                          Name: Camy Brzozowski
                                           (Printed)

                                           Camy Brzozowski
                                           (Signature)

EXHIBIT
tabbies
L

0785 - 68286

## STATE OF ILLINOIS

### CERTIFICATE OF TITLE OF A VEHICLE

VEHICLE IDENTIFICATION NO.
1GKUT3ZON2514776

YEAR
91

MAKE
GMC

MODEL

BODY STYLE
CARRYALL

NO. CYL
6

HP/CCM
29.0

PURCHASE DATE
06/16/90

PURCHASED
NEW

TYPE OF TITLE
ORIGINAL

TITLE NO.
M5860235

ISSUE DATE
07/12/90

PREVIOUS TITLE NO.
MCO

MOBILE HOME SQ. FT.

ODOMETER
32

MAILING ADDRESS

GMAC
444 N NORTHWEST HWY
PARK RIDGE  IL  60068-3274

LEGEND(S)
ACTUAL MILEAGE

OWNER(S) NAME AND ADDRESS
STANLEY BRZOZOWSKI
CAMY BRZOZOWSKI
2550 N LANDEN
LYDEN TOWNSHIP  IL  60164-1409

FIRST LIENHOLDER NAME AND ADDRESS
GMAC
444 N NORTHWEST HWY
PARK RIDGE  IL  60068-3274

SECOND LIENHOLDER NAME AND ADDRESS

**GENERAL MOTORS**
**ACCEPTANCE CORP.**
The holder of a lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

RELEASE OF LIEN

Firm Name _____  By _____  Date _____

Firm Name _____  By _____  Date _____

I, Jim Edgar, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE HERETO AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS, AT SPRINGFIELD.

A15107657
CONTROL NO.

*Jim Edgar*
JIM EDGAR, Secretary of State




**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

---

*Illinois*

Jesse White - Secretary of State

NUMBER          ISSUED      EXPIRES
B622-1105-8691 03-28-03    03-29-07

DRIVERS LICENSE

CAMY J BRZOZOWSKI
2450 N LECLAIRE
CHICAGO IL 60639

Birthdate 03-29-58
Female  5'07"  130 lbs  BLUE Eyes
Restrictions        Type   Class
B             ORG    D

*Camy J Brzozowski*



# CITY OF CHICAGO, DEPARTMENT OF ADMINISTRATIVE HEARINGS
## NOTICE OF HEARING



Vehicle Owner/Person Entitled to Possession:  Stanley Brzozowski
Home Address:  2550 N LANDEN
City, State, and ZIP Code:  Northlake, IL 60164
Vehicle License Plate Number: 3730758

Vehicle Identification Number (V.I.N. #):  1GKDT13Z0M2514776          Date of Impoundment:  June 6, 2006

---

**PLEASE BE ADVISED THAT PURSUANT TO  2-14-132, Municipal Code of Chicago, A HEARING TO CONTEST THE IMPOUNDMENT OF YOUR VEHICLE HAS BEEN SCHEDULED AT 400 W. Superior, Room 110, Central Hearing Facility, Chicago, IL. On: Thursday Jul 6, 2006 2:00 pm**

**Basis for impoundment of vehicle:    7-24-225    Unlawful drugs in motor vehicle.**

If you fail to appear at the scheduled hearing, you shall be deemed to have waived your right to a hearing and a default finding of liability may be entered against you for the amount of administrative penalty, towing and accumulated storage fees.

If the vehicle remains impounded at the time of default, the default judgment shall include the amount of storage fees that accumulate each and every day that the vehicle remains impounded after the entry of the default judgment.  Any vehicle that is not reclaimed within ten (10) days after the expiration of the time to seek judicial review of a finding of liability or default finding of liability may be disposed of by the City.

<u>CERTIFICATION OF SERVICE</u>

I, _____ , certify that I served a copy of this Notice of Hearing, to the above named
(NAME OF EMPLOYEE)
individual,

_____ A.  by personally serving a copy of the same to the person on _____ .
                                                                                        (DATE)

SIGNATURE OF RESPONDENT (DESIGNEE)

_____ B.  at the above address by depositing the same in the United States Mail at  400 W. Superior
                                                                                                      (LOCATION)

_____
EMPLOYEE'S SIGNATURE (SERVICE BY MAIL)

before 5:00 p.m. on _____
                                    (DATE)
**MAILED**
JUN 1 3 2006
DEPT. OF ADMIN. HEARINGS

```
┌─────────────────┐
│    EXHIBIT      │
│       M         │
└─────────────────┘
```

Questions about the hearing may be directed to the Department of Administrative Hearings.
312-742-8475

Printed: Jun 13, 2006 9:39 am

DOAH - Order                                                                                    (1/00)



# IN THE CITY OF CHICAGO, ILLINOIS
## DEPARTMENT OF ADMINISTRATIVE HEARINGS

|  |  |
|---|---|
| | Address of Violation: |
| **CITY OF CHICAGO**, a Municipal Corporation, Petitioner, ) | 4650 N Pulaski Road |
| v. ) | |
| ) | |
| Brzozowski, Stanley ) | Docket #: 06VP009041 |
| 2550 N LANDEN ) | |
| NORTHLAKE, IL 60164 ) | Issuing City |
| , Respondent. ) | Department: Department of Streets and Sanitation |

### FINDINGS, DECISIONS & ORDER

This matter coming for Hearing, notice given and the Administrative Body advised in the premises, having considered the motions, evidence and arguments presented, IT IS ORDERED: As to the count(s), this tribunal finds by a preponderance of the evidence and rules as follows:

| _Finding_ | _NOV#_ | _Count(s)_ | _Municipal Code Violated_ | _Penalties_ |
|---|---|---|---|---|
| Liable - Default/failure to appear | 6468141 | 1 | 7-24-225  Unlawful drugs in motor vehicle. | $1,000.00 |

Sanction(s):

| | |
|---|---|
| Storage Fee | $960.00 |
| Tow Fee | $150.00 |

**DEFAULT MAILED**
**JUL 0 7 2006**
DEPT. OF ADMIN. HEARINGS

**Admin Costs:** $0.00

**JUDGMENT TOTAL:** $2,110.00

**Balance Due:** $2,110.00

**Respondent being found liable by default has 21 days from the above stamped mailing date to file a petition to vacate (void) this default for good cause, with the Department of Administrative Hearings.**

ENTERED: _Pamela Harris_            39            Jul 6, 2006
                  Administrative Law Officer            ALO#            Date

**You may appeal this Order to the Circuit Court of Cook Co. (Daley Center 6th Fl.) within 35 days by filing a civil law suit and by paying the appropriate State mandated filing fees.**

**EXHIBIT**
teblear
**N**

06VP009041

Page 1 of 1

Date Printed:  Jul 6, 2006 4:51 pm

# Service Request Summary Report

Printed Date: Aug 26, 2008 11:39 AM

Type: Vehicle Impoundment
Area: Ward 39
Group: Bureau of Traffic Services - S/S
Jurisdiction: City of Chicago
Input By: DYCKMAN, ROBERT
CC Groups:
Location: 4650 N Pulaski Rd, Chicago, Il, 60630, Cook
Location Details:

SR #: 06-00981979
Priority: Standard
Status: Completed
Status Date: Aug 22, 2006 02:46 PM
Created Date: Jun 08, 2006 07:12 AM
Created As: Original
Method Received: Phone call

| Location Alerts | Location |
|---|---|
| NO LOCATION ALERTS | |

| Flex Questions | Answers |
|---|---|
| Name of Pound | POUND #6 |
| Pound assigned inventory number | 6468141 |
| What date did the vehicle arrive at the car pound? | JUN 6, 2006 |
| SST# | 0600074528 |
| Vehicle license plate number ? | 3730758 |
| Vehicle Year | 1991 |
| Vehicle Make/Model | General Motors Corp. |
| Vehicle Body Style | Carryall |
| Vehicle Color | Maroon |
| State that issued license plate | Illinois |
| License plate expiration (MM/YYYY) | 06/2006 |
| Tow Type | Immediate |
| Reason for towing the vehicle | ,Narcotics - Vehicle Impoundment, |
| What is the final disposition code for the vehicle? | |
| What is the action date of the final disposition? | |
| Hearing requested? | |
| Vehicle Tag Number | |
| What city issued vehicle tag number? | |
| Tag expiration (MM/YYYY) | |
| License Type | |
| Released Date? | |

| Participants | Name | Address | Phone |
|---|---|---|---|
| OWNER | BRZOZOWSKI, STANLEY | 2550 N LANDEN NORTHLAKE, IL, 60164 | |
| SECOND OWNER | BRZOZOWSKI, CAMY | 2550 N LANDEN NORTHLAKE, IL, 60164 | |
| THIRD OWNER | MAZUR, KATHERINE | 4559 N KILBOURNE CHICAGO, IL, 60639 | |
| VEHICLE | 1GKDT13Z0M2514776 | | |

Description:

| Activities | Assigned Staff | Due Date | Complete Date | Outcome |
|---|---|---|---|---|
| Owner Notification | KENDRICK, DANIEL | Jul 28, 2006 09:23 AM | Jun 08, 2006 09:23 AM | |
| Owner Notification | KENDRICK, DANIEL | Jul 28, 2006 09:23 AM | Jun 08, 2006 09:23 AM | |
| Owner Notification | KENDRICK, DANIEL | Jul 28, 2006 09:23 AM | Jun 08, 2006 09:23 AM | |
| Request for Hearing | KENDRICK, DANIEL | Jul 28, 2006 09:25 AM | Jun 08, 2006 09:25 AM | |
| Request for Hearing | KENDRICK, DANIEL | Jul 28, 2006 09:25 AM | Jun 08, 2006 09:25 AM | |
| Request for Hearing | KENDRICK, DANIEL | Jul 28, 2006 09:25 AM | Jun 08, 2006 09:25 AM | |
| Schedule Administrative Hearing | | Jul 06, 2006 02:00 PM | | |

Details: This activity created by the Administrative Hearing System.

| | | | | |
|---|---|---|---|---|
| Final Order | | | Jul 06, 2006 04:47 PM | |

Details: Narcotics - Vehicle Impoundment-L

| | | | | |
|---|---|---|---|---|
| Contract Sale | | | Aug 23, 2006 12:00 AM | |

Exhibit
C

# Service Request Summary Report

Printed Date:  Aug 26, 2008 11:39 AM

| SR Time Line Events | Event Date / Time | User | Details |
|---|---|---|---|
| Status Change | Aug 22, 2006 02:46 PM | RACHMACIEJ, JOHN | Status - FROM: Work In Progress TO: Completed<br>Status Date - FROM: JUN 08, 2006 07:12 AM TO: AUG 22, 2006 02:46 PM |
| Service Request Closed | Aug 22, 2006 02:46 PM | RACHMACIEJ, JOHN | Service Request Closed - FROM: Work In Progress TO: Completed,<br>Status Date - FROM: JUN 08, 2006 07:12 AM TO: AUG 22, 2006 02:46 PM |
| Service Request Created | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | SR # 06-00981979 has been created. |

| Full History Events | Event Date / Time | User | History |
|---|---|---|---|
| Service Requests Update | Aug 22, 2006 02:46 PM | RACHMACIEJ, JOHN | Status - FROM: Work In Progress TO: Completed,<br>Status Date - FROM: JUN 08, 2006 07:12 AM TO: AUG 22, 2006 02:46 PM |
| Service Request Participants Update | Jun 08, 2006 09:23 AM | KENDRICK, DANIEL | Street Number - FROM:  TO: 2550,<br>Street Direction - FROM:  TO: N,<br>Street Name - FROM:  TO: LANDEN,<br>City - FROM: TOWNSHIP TO: NORTHLAKE,<br>Zip - FROM: 601640000 TO: 60164 |
| Service Request Participants Update | Jun 08, 2006 09:23 AM | KENDRICK, DANIEL | Street Number - FROM:  TO: 2550,<br>Street Direction - FROM:  TO: N,<br>Street Name - FROM:  TO: LANDEN,<br>City - FROM: TOWNSHIP TO: NORTHLAKE,<br>Zip - FROM: 601640000 TO: 60164 |
| Custom Attributes Update | Jun 08, 2006 09:18 AM | KENDRICK, DANIEL | Question: Vehicle Make/Model<br>FROM: Van TO: General Motors Corp. |
| Geo Area Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | Geo Area Value has been inserted - Ward - 39. |
| Geo Area Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | Geo Area Value has been inserted - Block EWNS - 4000 W. |
| Geo Area Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | Geo Area Value has been inserted - Community Area - 14. |
| Geo Area Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | Geo Area Value has been inserted - East West North South - W. |
| Service Requests Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | SR # 06-00981979 has been inserted. |
| Geo Area Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | Geo Area Value has been inserted - Police (Sector and) Beat - 22. |
| Geo Area Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | Geo Area Value has been inserted - Police District - 17. |
| Geo Area Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | Geo Area Value has been inserted - Police District, Sector, and Beat - 1722. |
| Geo Area Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | Geo Area Value has been inserted - Precinct - 46. |
| Geo Area Insert | Jun 08, 2006 07:12 AM | DYCKMAN, ROBERT | Geo Area Value has been inserted - Zip Code - 60630. |