IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY BROZOZWSKI, | ) | |
| | ) | |
| | ) | No. 08 C 677 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE KOCORAS |
| | ) | |
| SATJIT SINGH, | ) | Magistrate Judge ASHMAN |
| | ) | |
| | ) | Jury Demanded |
| Defendant. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

**PLEASE TAKE NOTICE** that I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **AGREED DEFENDANT'S MOTION TO FILE *INSTANTER* DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

I hereby certify that I have served this the attached document by electronic means to the person named above on the 8th day of August, 2008 and this notice on this 9th day of August 2008.

**DATED** at Chicago, Illinois this 9th day of August, 2008.

LE'ORA TYREE
ASSISTANT CORPORATION COUNSEL

/s/ *Le'Ora Tyree*
LE'ORA TYREE
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1020

Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6288669

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **NOTICE OF MOTION AND CERTIFICATE OF SERVICE** to be served electronically upon represented parties via the CM/ECF electronic filing system this 8th and 9th day of August, 2008.

/s/ *Le'Ora Tyree*
LE'ORA TYREE