**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Stanley Brzozowski
        Plaintiff,

v.                 Case No.: 1:08−cv−00677
                Honorable Charles P. Kocoras

Satjit Singh
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

  MINUTE entry before the Honorable Charles P. Kocoras:Defendant's agreed motion [22] for leave to file motion for summary judgment instanter, is granted. Any hearing on said motion for leave to file instanter, is stricken.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.